| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>DAVID B. JONELIS, ESQ. (BAR NO. 265235)<br>JAKE A. CAMARA (BAR NO. 305780)<br>LAVELY & SINGER PROFESSIONAL CORPORATION<br>2049 Century Park East, Suite 2400<br>Los Angeles, California 90067-2906<br>Telephone: (310) 556-3501<br>djonelis@lavelysinger.com<br>jcamara@lavelysinger.com<br>ATTORNEY(S) FOR: Plaintiff JAMES HUNTSMAN | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HUNTSMAN,<br><br>Plaintiff(s),<br>v.<br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS; and DOES 1-10,<br><br>Defendant(s). | CASE NUMBER:<br><br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff JAMES HUNTSMAN_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| JAMES HUNTSMAN | Plaintiff |
| CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS | Defendant |

| | |
|---|---|
| March 22, 2021<br>Date | /s/ David B. Jonelis, Esq.<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff, JAMES HUNTSMAN