# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JAMES HUNTSMAN<br><br>Plaintiff(s),<br><br>v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER–DAY SAINTS, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:21–cv–02504–SVW–SK<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __5/5/2021__

Document Number(s):   __10__

Title of Document(s):   __Answer__

**ERROR(S) WITH DOCUMENT:**

Local Rule 7.1–1 No Notice of Interested Parties and/or no copies.

Other:

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: __May 7, 2021__                    By:  _/s/ Margo Mead_ _margo_mead@cacd.uscourts.gov_
                                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**