# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JAMES HUNTSMAN

Plaintiff(s),

v.

CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.

Defendant(s).

CASE NUMBER:

2:21-cv-02504-SVW-SK

**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 5/5/2021 | 10 | Answer |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

Counsel are directed to file their Notice of Interested Parties within 7 days of today's date

Clerk, U.S. District Court

Dated: May 7, 2021

By: /s/ *Margo Mead*
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*