NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

RICK RICHMOND (SBN 194962)
JENNER & BLOCK LLP
RRichmond@jenner.com
633 West 5th Street Suite 3600
Los Angeles, CA 90071-2054
Telephone: +1 213 239 5100
Facsimile: +1 213 239 5199

ATTORNEY(S) FOR: The Church of Jesus Christ of Latter-Day Saints

CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JAMES HUNTSMAN,

Plaintiff(s),

v.

CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS; and Does 1-10,

Defendant(s).

CASE NUMBER:

2:21-cv-02504 SVW (SKx)

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| There is no such party or corporation. | |

May 11, 2021

Date

[Signature]

Signature

Attorney of record for (or name of party appearing in pro per):

RICK RICHMOND