# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-02504-SVW-SK | Date | June 28, 2021 |
| Title | James Huntsman v. Corporation of the President of the Church of Jesus Christ of Latter-Day Saints. et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Katie Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| David B. Jonelis<br>Jake A. Camara | Rick L. Richmond | |

**Proceedings:**     NEW CASE STATUS CONFERENCE

Case called. Attorneys state their appearances. The Court sets the following schedule:

Filing of Motion for Summary Judgment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . August 9, 2021
Opposition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . August 16, 2021
Reply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . August 23, 2021

Hearing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . August 30, 2021 at 1:30 p.m.

                                                                                                              :     15
                                                                                        Initials of Preparer     PMC