The Rev. Albert C. Jones
Person Without A Lawyer
130 South 500 East Apt. 307
Salt Lake City, Utah 84102
(801) 364-4187
americadiversityplace@gmail.com

FILED
CLERK, U.S. DISTRICT COURT

July 28, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JAMES HUNTSMAN,

        Plaintiff,

vs.

CORPORATION OF THE PRESIDENT OF THE
CHURCH OF JESUS CHRIST OF LATTER-DAY
SAINTS (THE LDS CHURCH),

        Defendant

Case No.: 2:21-cv-02504

COMPLAINT FOR FRAUD

DEMAND FOR JURY TRIAL

AMICUS CURIAE

26 July, 2021.

BRIEF OF AMICUS CURIAE
IN SUPPORT OF THE PLAINTIFF

AMICUS BRIEF

1

i

2

**TABLE OF CONTENTS**

3

Page

4

TABLE OF AUTHORITIES ............................................................................................. ii

5

INTEREST OF AMICUS CURIAE ...................................................................1 - 2

6

INTRODUCTION. …………………………………………………………………..2 - 3

7

ARGUMENT ...................................................................................................3 - 16

8

9

a. 8 Family History Department, The LDS Church

10

b. 10 NAACP Salt Lake Branch and The Diversity Times

11

c. 11 National NAACP and The LDS Church

12

d. 13 Second Attempt to Make The LDS Church Connection

13

e. 15 Film Industry Referral Requirements

CONCLUSION. …………….....………………………………………………15 - 17

14

15

f. **Self-reliance**

PRAYER FOR RELIEF. ................................................................................... 17 - 19

16

17

a. 17 Eunice K. Shriver National Center for Community Caring at the University of Utah.

18

b. 18 OrchKids of the Baltimore Symphony Orchestra, Baltimore, Maryland

19

c. 18-19 Unity Multicultural Education Center, Gonzaga University, Spokane, Washington

20

d. 19 Trinity African Methodist Episcopal Church, Salt Lake City, Utah

21

e. 19 St. Joseph's Indian School, Chamberlain, South Dakota

22

23

24

25

26

27

28

AMICUS BRIEF

ii

**TABLE OF AUTHORITIES**

(Case: 2:21-cv-02504, JAMES HUNTSMAN, Plaintiff, vs. CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS (The LDS Church)

Hebrew Scriptures and New Testament; Book of Mormon; Doctrine and Covenants; Brigham Young.

"Mormon Missionary Work: A Brief History and Introduction," Brigham Young University Library.com

"Lowell L. Bennion: Teacher, Counselor, Humanitarian" by Mary Lythgoe Bradford, Salt Lake City, Utah,

Dialogue Foundation, 1995

"One Devout Mormon Family's Struggle with Racism" by Robert Greenwell, "The Dialogue Journal.com,"

Dialogue Foundation, Farmington, Utah

Utah Gov. Jon M. Huntsman Jr.; Utah Office of Ethnic Affairs; The Rev. France A. Davis, Pastor, Calvary Baptist Church, Salt Lake City; Utah Black Chamber of Commerce; Family History Department, The LDS Church; the Ralph J. Bunche Center for African American Studies at UCLA; Salte.com; The Salt Lake Tribune.com; Salt Lake City Weekly.com; Roxbury International Film Festival; Deseret News.com; Salt Lake Branch NAACP; General Authority Seventy, The LDS Church; Quorum of the Twelve Apostles, The LDS Church; National NAACP; Del Shaw Moonves Tanaka Finkelstein & Lezcano

Google's English dictionary (Oxford Languages) https://www.google.com/search?q=existentialism&source

Federal Rules of Civil Procedure 8(a)(3); United States Code Annotated.

AMICUS BRIEF

iii

**Constitutional Provisions**

*Federal*

U.S. Constitution.

Preamble. ...................................................................................................4

Amend. XIV ...............................................................................................4

*State*

Utah Code, Title 25m Chapter 5. ...............................................................5

Utah Code, 78B-5-615. ……………………………………………….…..5

*Miscellaneous Authorities*

Declaration of Independence, July 4, 1776. ………………………………………………3

Rule 402. General Admissibility of Relevant Evidence, parol evidence. ...................................3

AMICUS BRIEF

**1**

**INTEREST OF AMICUS CURIAE**

The Plaintiff, James Huntsman, (Case: 2:21-cv-02504, JAMES HUNTSMAN, Plaintiff, vs. CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS (The LDS Church), in a complaint before the United States District Court, Central District of California, asserts as a matter of the historical record, ramifications far reaching, wherever The LDS Church did conduct evangelism in Utah, in the United States and throughout the world since relocating to the unincorporated "this is the place" territory in 1847.

"In their study of the Bible, particularly the New Testament, Latter-day Saint leaders identified with early Christian missionaries who were commissioned by the Master to "go ye therefore, and teach all nations" (Matthew 28:19). Latter-day Saint scriptures emphasized and reinforced this missionary outlook. Many passages in the Book of Mormon and the Doctrine and Covenants2 described the world as a "field … white already to harvest" (D&C 4:4; 6:3; 11:3; 12:3; 31:4; etc.), and the faithful were assured that no joy would be greater than that which came as a result of successful missionary work." (Mormon Missionary Work: A Brief History and Introduction, Brigham Young University Library, https://lib.byu.edu/collections/mormon-missionary-diaries/about/mormon-missionary-work/.)

In the brief, Plaintiff says he wants back millions of dollars he donated and plans to give it to "organizations and communities whose members have been marginalized by the Church's teachings and doctrines, including by donating to charities supporting LGBTQ, African-American, and women's rights." Plaintiff declares as corrective measures (relief to) "organizations and communities whose members have been marginalized by the Church's teachings and doctrines, including by donating to charities supporting LGBTQ, African-American, and women's rights."

*Amicus Curiae* is African American, a resident of the State of Utah who has done research in preparation for filing this amicus brief, has done research since relocating to Utah in June 2003 on Mormon history and various people and events concerning territory and state history. Thoughtful scholars and subjects include "Lowell L. Bennion: Teacher, Counselor, Humanitarian" by Mary Lythgoe Bradford, Salt Lake City, Utah, Dialogue Foundation, 1995 and "One Devout Mormon Family's Struggle with Racism" by Robert Greenwell, "The Dialogue Journal.com," Dialogue Foundation, Farmington, Utah, among additional resources.

AMICUS BRIEF

**2**

"Greenwell begins his scholarly article: "No other aspect of Latter-day Saint teachings led to more discussion,

ridicule, head-shaking, and even outrage in the twentieth century than the Church's position regarding Black African

priesthood denial.1 While most American mainstream religious denominations were tainted with irrational racist

thinking at one time or another, the majority had shed themselves of racist thought by the 1960s, and some of these

denominations even placed themselves at the forefront of the civil rights movement.2"

(https://www.dialoguejournal.com/)

      Living in Utah for Amicus Curiae, the desire to do and be in Utah requires an understanding of its

inhabitants and historical timelines to arrive at a consciousness prescribed by the adage "love your neighbor as

yourself" (Mark 12: 31). The adage had to be applied, hold true, especially for *Amicus Curiae* circulating throughout

the state after becoming sole proprietor known as Utah, The Diversity Place in March 2006. *Amicus Curiae*,

among others, formed businesses in response to an executive order issued by Gov. Jon M. Huntsman Jr. (brother of

the Plaintiff), responding to strategic planning by directors in the Utah Office of Ethnic Affairs (OEA), the

Executive Director of the Utah Black Chamber of Commerce, with additional input from the Utah Governor's

Office of Economic Development (GOED) and federal agencies (Small Business Administration), Salt Lake County

(Office of Economic Development), City of Salt Lake Corporation, additional input from elected officials, business

and community leaders, with full-throated public pronouncements made by The Rev. France A. Davis, civil rights

activist and decades-long pastor of Calvary Baptist Church in Salt Lake City.

      Notice there is no mention of The Church of Jesus Christ of Latter-day Saints. Known church members

who can be identified were doing work, giving input, providing services as individuals, as employees of other

entities, but not as representatives of The LDS Church.

      Further interest of *Amicus Curiae* are borne out in this friend of the court brief.

**INTRODUCTION**

      Three matters are of historical significance in the adjudication of Case: 2:21-cv-02504 that have caused

harm and cause harm when not adhered to as correctly prescribed. (1) An ages-old practice in the Judeo-Christian

tradition is "speaking truth to power."

      "There are different opinions on who first used this phrase. Some people attribute it to
Quakers of the 1700s. Others attribute it to more recent times, as in the 1950s, when
Bayard Rustin, a civil rights leader, used those words. But, regardless of who spoke

AMICUS BRIEF

**3**

these words so they were written and became an idiom — a saying — of our times, they were words that were put into practice long ago."

— Donnley Dutcher, Retired United Church of Christ pastor

"The job of a prophet is to speak truth to power," says The Rev. Paul Carter, Lead Pastor, Cornerstone Baptist Church, Orillia, Ontario, Canada. *Amicus Curiae* concurs, adding ministers, preachers and faith-based leaders who do not "speak truth to power" are negligent. In regards to speaking truth to power, the Plaintiff offers in his complaint words of Brigham Young:

"If we accept salvation on the terms it is offered to us, we have got to be honest in every thought, in our reflections, in our meditations, in our private circles, in our deals, in our declarations, and in every act of our lives."

Brigham Young served as president of The LDS Church from December 27, 1847 until his death on August 29, 1877. "This is the place" are his words spoken by Young when the pioneers arrived in the valley on July 24, 184. Young played a vital role in plans for a "State of Deseret" (1849). Young was inaugurated as the first governor of the Utah Territory on February 3, 1851.

(2) Word is bond is in the common law.

"According to Rachael Ferguson, an ethnographer and lecturer at Princeton University, the principle 'word is bond' allowed merchant traders in the late 1500s to make agreements legally binding before the advent of written pledges. When the London Stock Exchange needed a motto in 1801, it harkened back to that foundational promise of integrity with a Latin expression: *dictum meum pactum*. By the 19th century, 'your word is your bond' had ascended into the realms of moralistic cliché. In an 1842 'admonitory epistle from a governess to her late pupils,' for instance, the upstanding educator drills her charges: "Let it be said of you, "Your word is your bond." — Kay Waldman, Slate.com, July 19, 2016

(3) "Am I my brother's keeper?" from Genesis 4:9 remains since 1847 the focal point of Plaintiff's "organizations and communities whose members have been marginalized by the Church's teachings and doctrines." Robert Greenwell details the Genesis malady in detail in his "The Dialogue Journal.com" article.

"Speaking truth to power" (canon law, Judeo-Christian); "Word is bond" and "Am I my brother's keeper?" raises societal concerns emanating from Utah, the United States, spreading throughout the world, far reaching, wherever The LDS Church did conduct evangelism since arriving at "this is the place" in 1847: "organizations and communities whose members have been marginalized by the Church's teachings and doctrines."

AMICUS BRIEF

1

4

2

**ARGUMENT**

3       In 2005, directors in the Office of Ethnic Affairs (OEA) presented Gov. Jon M. Huntsman Jr. (brother of

4    the Plaintiff) initiatives calling for the creation of ethnic chambers of commerce in Utah. There used to be OEA

5    directors representing the state's Black, Asian, Hispanic and Pacific-Islander ethnic groups. "Mission of OEA is to

6    ensure Utah state government adequately meets the needs of Utah's ethnic community," serving as the Governor's

7    "eyes and ears" to the state's ethnic communities. On November 5, 2005, Luz M. Robles was named the first

8    director with administrative oversight of four OEA directors and staff. Through the efforts of Director Michael

9    Styles, various business and community leaders, the Utah Black Chamber of Commerce (UBCC) launched on

10   February 24, 2006. Lt. Gov. Gary R. Herbert, along with The Rev. France A. Davis, among others, assisted with the

11   media event and ribbon-cutting ceremony that launched.

12           "The chamber was incorporated to help the Black community play a greater role in the
             development and prosperity of the state." "For the state to be prosperous," Robles said in media

13           interviews, "everyone needs to be part of the prosperity and that includes economic development."

14       *Amicus Curiae*, known interchangeably as Amicus Brief, Friend of the Court, formerly sole proprietor,

15   Utah, The Diversity Place, publisher of **The Diversity Times**, currently doing business as sole proprietor, America,

16   The Diversity Place, the Rev. Albert C. Jones, Albert C. Jones, a citizen of the United States.

17       Utah, The Diversity Place was the first African American-owned or Black-owned start up in March 2006

18   after launch of the Utah Black Chamber of Commerce on February 24, 2006. Albert C. Jones founded **The**

19   **Diversity Times** and was employed as the monthly newspaper's only full-time employee, accomplishing role of

20   publisher, editor, reporter, photographer, copy editor, ad sales, ad design, graphic design, page layout and design,

21   pagination, circulation, representing the newspaper on boards, speaking to college students, business and community

22   groups throughout the state without ever asking for or collecting a stipend.

23       Prior to moving to Utah, Albert C. Jones possessed gainful newspaper and magazine experiences with The

24   Oakland Press, Pontiac, Michigan; The Denver Weekly News, Denver, Colorado; Odyssey West Magazine, Denver,

25   Colorado;  The Call and Post, Columbus, Ohio and Cleveland, Ohio; The Cheboygan Daily Tribune, Cheboygan,

26   Michigan; Cleveland Plain Dealer, Cleveland, Ohio; Consumer News Service (This Week in Westerville),

27   Worthington, Ohio; and Las Vegas Sentinel-Voice, Las Vegas, Nevada.

28       **The Diversity Times**, a monthly newspaper, circulated 10,000 copies along the Wasatch Front, south to

AMICUS BRIEF

**5**

Provo, north to Ogden, on college campuses, public and private schools, libraries, governmental agencies, recreation centers, faith-based organizations, among others, with most distribution points in Salt Lake City. First issue launched on June 1, 2006. Special annual issues included MLK Holiday and Days of '47, which joined in commemorating Mormon pioneers arrival in the Salt Lake Valley on July 24, 1847. Special "MINExpo International issue featured state, regional and national mining industry stories, attracting state, national and international ad buys.

Albert C. Jones served in volunteer capacities as member of Cultural Arts Board, Utah Cultural Celebration Center, West Valley City, Utah; Board of Directors, Greater Salt Lake Area Chapter American Red Cross. Utah, The Diversity Place and **The Diversity Times** were recognized with "Interfaith Award," presented by The Salt Lake Interfaith Roundtable; Utah Black Chamber of Commerce's "Entrepreneur of the Year"; Utah Office of Ethnic Affairs, "Multi-Ethnic Business Conference Honoree"; Natural Resource Conservation Service, "Utah Ethnic Business Honoree"; Macy's Utah Follow A Leader Essay Winner (subject Albert C. Jones), essayist Eric Smith, 11th Grader, Timpview High School, Provo, Utah; "Albert B. Fritz Civil Rights/Humanitarian Worker of the Year Award," NAACP Salt Lake Branch and Tri-State Conference.

Heavy workload made it necessary for the Rev. Albert C. Jones to step down from ministry duties at New Pilgrim Baptist Church. Albert C. Jones is a graduate of Ashland Theological Seminary (Ohio), earning a Master's of Arts in Biblical and Black Church Studies, licensed and ordained by Dr. Reginald B. Kamara, pastor, Unity Baptist Church, Las Vegas, Nevada, December 28, 1997, with all professional designations and obligations accorded by the National Baptist Convention, USA, Inc.

**The Diversity Times** covered first inauguration President Barack Obama on Tuesday, January 20, 2009 on the National Mall, Washington, D. C. Those exuberant times, late 2008 and into 2009, signaled first markers that a shift in advertising dollars migrating to the internet were having an adverse impact on newspapers and other print publications nationwide. Some publications had been in business nearly 150 years. The Rocky Mountain News, just two months shy of celebrating its 150th anniversary, announced its final issue would be printed on Friday, February 27, 2009. Cease publishing was due to revenue loss caused by shrinking income from declining advertising sales. Scholars are marking changes in the print newspaper industry with in-depth research:

AMICUS BRIEF

6

"In only two decades, successive technological and economic assaults have destroyed the for-profit business model that sustained local journalism in this country for two centuries. Hundreds of news organizations – century-old newspapers as well as nascent digital sites – have vanished. We can measure the loss of local news in recent years in two ways: the loss of newspapers and the loss of journalists. In the 15 years leading up to 2020, more than one-fourth of the country's newspapers disappeared, leaving residents in thousands of communities – inner-city neighborhoods, suburban towns and rural villages – living in vast news deserts.

"Simultaneously, half of all local journalists disappeared, as round after round of layoffs have left many surviving papers – the gutsy dailies and weeklies that had won accolades and Pulitzer Prizes for their reporting – mere 'ghosts' or shells of their former selves. Compounding the problem, there has been a lack of capital and funding available to support a variety of for-profit, nonprofit and publicly funded news organizations attempting to thwart the rise of news deserts."

— Dr. Penelope Muse Abernathy, Knight Chair in Journalism and Digital Media Economics, Center for Innovation and Sustainability in Local Media, Hussman School of Journalism and Media, University of North Carolina.

Deep-pocketed individuals came to the rescue of The Washington Post and The Los Angeles Times, among others. "Digital First Media, which owns The (Salt Lake) Tribune, confirmed it has entered into a purchase agreement with Paul Huntsman." — Tony Semerad, The Salt Lake Tribune, April 21, 2016. (Paul Huntsman is brother of the Plaintiff.)

Exuberant times, however, the writing was on the wall for Utah, The Diversity Place and **The Diversity Times**. February 1, 2009 was the final publication date of **The Diversity Times**. Seeing the millions who came to Washington to witness President Obama's inauguration was inspirational. America, The Diversity Place formed as an online publishing company in March 2009, Website, www.americadiversityplace.com, launched July 10, 2009. **On the Road: People Bridges to People**, first nationwide project of the new company, documented "Stories of America" and "Multicultural Voices Across the Nation" in each of the 48 contiguous states, plus the District of Columbia. **On the Road** began on August 1, 2009. Eighteen months **On the Road**, hundreds of stories were documented while compiling catalogue of 150,000 photos. Website updated weekly for 260 consecutive weeks.

**On the Road** covered the Roxbury International Film Festival in the Roxbury section on Boston. Peter Allen, one of the screenwriters for "Takers," was lead film festival presenter in the auditorium of Wentworth Institute of Technology on Saturday, July 31, 2010. Taking questions from the audience, Allen advised a would-be screenwriter to think commercially when writing a script. In August 2010, more than ten years in the making, "Takers" scored a number one ranking nationwide at the box office.

AMICUS BRIEF

**7**

Gov. Huntsman, "the prosperity governor," was nominated by President Obama to serve as U. S. Ambassador to China in May 2009. Following his resignation as governor, Huntsman was immediately sworn in on Tuesday, August 11, 2009 as ambassador. On that day, Lt. Gov. Herbert was sworn in as the state's 17th governor. In the 2010 special election, Herbert was elected to fill out the remainder of the four-year term from the 2008 election.

One step forward and two steps back was the result of the Governor and/or Utah State Legislature cutting the budget of Office of Ethnic Affairs by 66 percent ($500,000) during the 2011 legislative session. (Jesse Fruhwirth, Salt Lake City Weekly, April 20, 2011). All director positions were eliminated as a result of the budget cuts, effectively removing the Governor's "eyes and ears" to the state's ethnic communities. In the aftermath of eliminating the Office of Ethnic Affairs, no liaisons between state government and ethnic communities would prove to be problematic, an obstacle for America, The Diversity Place communicating needs for assistance, guidance and counsel in the ensuing years.

Gov. Herbert administratively formed the Multicultural Affairs Office, named a director, and appointed the new 25-member Utah Multicultural Commission. Charge to the new director  and commission was "to focus on education, jobs, health and corrections despite expectations it will be operating on a lean budget ($250,000)." "The 25-member commission replaced the old Office of Ethnic Affairs after Herbert disbanded it amid complaints That its different factions were working in 'silos' (unattributed) on narrowly focused agendas while the governor wanted a group that took a broader approach to issues within minority communities" (David Montero, The Salt Lake Tribune, November 17, 2011.)

Doing business as Utah, The Diversity Place, publisher of **The Diversity Times**, covering and/or holding memberships in the Utah Black Chamber of Commerce; Utah Hispanic Chamber of Commerce; Utah Asian Chamber of Commerce; Pacific Islander Chamber of Commerce and Utah Native Chamber of Commerce, meant access to all OEA directors. ". . . different factions were working in 'silos' on narrowly focused agendas . . ." was never a reporter's observation. What would be the plight of ethnic communities, especially businesses, without OEA leadership, highest level for ethnic communities in state government? In 2021, disadvantages created from eliminating the Office of Ethnic Affairs are being felt by the leadership void in the Utah marketplace. "Small businesses really don't grow as often here as far as a minority business goes," said James Jackson III, founder of the

AMICUS BRIEF

**8**

Utah Black Chamber. "Minorities struggle to become entrepreneurs in Utah," report says, "and pandemic makes it tougher," (Jasen Lee, Deseret News, Feb. 14, 2021.)

After completion of **On the Road**, working out of a temporary office for 18 months in Alexandria, Virginia, America, The Diversity Place returned to Utah one month shy of being away from the state three years. Idea for writing a screenplay about music heard growing up on the radio (Albion, Michigan) had been brewing for a long time. Living in Utah, being proprietor of a small business, made perfect sense to extract from the culture here in Utah and begin the storyline in a neighborhood at a meetinghouse in Salt Lake City. Went ahead, even understanding the milieu that vexes, what Plaintiff describes as "organizations and communities whose members have been marginalized by the Church's teachings and doctrines." That all males of African lineage (one drop of blood, Robert Greenwell points out) were cursed and excluded from privileges of The LDS Church priesthood. With the Plaintiff's assertion — "organizations and communities whose members have been marginalized by the Church's teachings and doctrines" — how would the marketplace respond to a film project like "Billy Jensen's Radio Utah?" Collaborations and collaborators that have never occurred, individuals, businesses and organizations that have never worked together would have to be brought together through critical strategic planning.

**A**      **Family History Department, The LDS Church**

Writing of "Billy Jensen's Radio Utah," an original screenplay, began August 1, 2012. Outreach to the Family History Department of The LDS Church began on January 20, 2014. Emailed rough draft of "Billy Jensen's Radio Utah," highly sensitive document (HSD), to Brother Shipley J. Munson, Global Marketing Director, Family History Department, The LDS Church. Completion of the screenplay came with Documentation of Registration for Albert Cornelius Jones by Writers Guild of America, West, Certificate No. 1737454, dated August 20, 2014. Soon thereafter began work on "Billy Jensen's Radio Utah Prospectus," utilizing the "2014 Hollywood Diversity Report: Making Sense of the Disconnect" as a resource. The report is the first in a series of studies by the Ralph J. Bunche Center for African American Studies at UCLA "to explore the relationships between diversity and the bottom line in the Hollywood entertainment industry. The report examines the top 172 theatrical films released in 2011 (ranked by box office)." In part, the 2014 Hollywood Diversity Report, says:

"Major Findings for Film Diversity in the report: (1) Among film leads, minorities were underrepresented by a factor of greater than 3 to 1 and women by a factor of 2 to 1.
(2) Among film directors, minorities were underrepresented by a factor of 3 to 1 and women

AMICUS BRIEF

**9**

by a factor greater than 12 to 1. (3) Among film writers, minorities were underrepresented by a factor of 5 to 1 and women by a factor of 3 to 1."

On seven consecutive nights, pulled seven highlights as subjects from "Billy Jensen's Radio Utah Prospectus" (highly sensitive document HSD) and emailed highlights to Brother Shipley Munson. Examples of email include the following:

1. "Billy Jensen's Radio Utah," WGA, West 1737454; "Dear Brother Shipley, Hope to have an Agency recommendation for "Billy Jensen's Radio Utah," WGA, West 1737454. It is my first screenplay. Seeking a firm experienced with working on universal themes, enterprising, able to pull together joint venture partnership, and regularly presents projects to Hollywood studios. Thank you." 2. Film project beckons collaboration in Utah 3. "Filmmaking in the Round" to reach millions; 4. Genealogy in "Billy Jensen's Radio Utah"; 5. Wallace Thurman not to be forgotten; 6. Partnerships boost film project — a Utah first; 7. Premiere Opening Weekend — another Utah first.

Brother Shipley's response was favorable, as cited in a replay email:

**From:** Shipley Munson <munsonsj@familysearch.org>; **Date:** Friday, August 14, 2015 at 8:42 AM; **To:** Albert Jones <americadiversityplace@gmail.com>, Bradley Lowder <b.lowder@familysearch.org> **Cc:** Peggy Johnson <Peggy.Johnson@familysearch.org> "Albert, I am asking Brad Lowder, a member of my team who is good at fitting third-party programming into our efforts, to reach out to you and pick up our conversation of a few years ago. Brad, I am thinking this might work like the approach Peggy, Paul and I have been discussing on the Edelman proposals."

"The Church of Jesus Christ of Latter-day Saints said it has engaged Edelman Public Relations Worldwide to assist the church in global public affairs matters. Our objective is a long-term program that supports the church's global mission to share the message of the gospel of Jesus Christ," said Bruce L. Olsen, managing director of public affairs for the church. LDS Church membership recently surpassed nine million worldwide. There are more than 21,000 LDS congregations in 150 nations and territories." (Deseret News, Feb 6, 1995)

Brother Brad Lowder's response was enthusiastic: 'This looks very exciting!' "Albert: When is a good time to meet and discuss? I look forward to a thorough briefing and brainstorming how we can collaborate. Kind regards, Brad.

(Brad Lowder • Director of International Marketing • FamilySearch • 15 E. South Temple Street • 5th Floor • Salt Lake City, Utah 84150 • 801.240.3498 • 707.291.5437.)

"Billy Jensen's Radio Utah Prospectus" (highly sensitive document HSD) was mailed via United State Postal Service dated November 1, 2017 to Brother Shipley. Brother Shipley never responded to receiving the "Billy Jensen's Radio Utah Prospectus" mailed to him at Family History Department. He never responded to voicemail messages left on his phone or follow-up emails. *Amicus Curiae* asks the court to consider "Rule 402. General Admissibility of Relevant Evidence," "parol evidence rule" along with Utah Code, 78B-5-615, that understandings

AMICUS BRIEF

**10**

between *Amicus Curiae* and Global Marketing Director, Family History Department, The LDS Church were

breached. "Word is bond." Because Global Marketing Director, Family History Department, The LDS Church,

spoke to staff, as a voice charged with authority, about needed collaborating, knowledgeable as to seven highlights

meant to advance "Billy Jensen's Radio Utah Prospectus." Verbal agreements can be enforceable as a general

matter, the Utah Statute of Frauds found in Utah Code, Title 25m Chapter 5. As to matters related to verbal

agreements, *Amicus Curiae* asks the Court to consider "word is bond," that the breach is consistent with some

of the Plaintiff's assertions.

**B        NAACP Salt Lake Branch and The Diversity Times**

Albert C. Jones held a "Regular Adult," Perks Card membership, Unit 1127, in the Salt Lake Branch of the

NAACP. Expiration Date 12/31/2009. Membership card was signed by Julian Bond, Chairman, National Board of

Directors. Further, the relationship developed with the Salt Lake Branch of the NAACP was reciprocal, one of

priority for news hole, discounted ad rates or free ads for the Salt Lake Branch of the NAACP. News coverage of the

Salt Lake Branch in The Diversity Times broadened credibility of the newspaper among statewide coalition formed

by the branch among elected officials, community and faith-based leaders. Among its civil rights activist agenda,

however, leadership of the Salt Lake Branch of the NAACP did not participate in economic development initiatives

of the Office of Ethnic Affairs that encouraged the state's ethnic communities to form chambers of commerce and

businesses. Unlike the Ogden Branch of the NAACP — The Rev. Stanly Ellington and Betty Sawyer — leadership

in the Salt Lake Branch of the NAACP did not orbit with groups, programs or events to advance economic

development opportunities for Utahns.

"The Albert B. Fritz Humanitarian Award" was presented to Albert C. Jones "for your commitment to

excellence in communications" during the 90th Annual Life Membership and Freedom Fund Banquet, Salt Lake

City, Utah, October 9, 2009 — signed Jeanetta Williams, President; Julian Bond, Chairman of the Board;

Benjamin T. Jealous, President and CEO.

Newsletter published by America, The Diversity Place, reporting "Diverse, Multicultural and Inclusive,"

"Utah Economic Development News and Notes," is named the **Albert B. Fritz Communicator**.

A headline screamed, 'Jane and Emma' opening day ticket proceeds will be matched with donation to

NAACP.' For the October 12, 2018 edition, Emmy Gardiner reported for the Deseret News: "With the highly

AMICUS BRIEF

**11**

anticipated film 'Jane and Emma' set for release Friday, movie tickets purchased on opening day will be matched up

to $40,000 with a donation to the NAACP." According to a press release, "$25,000 will come from The Church of

Jesus Christ of Latter-day Saints' foundation and the other $15,000 from the Bonneville Charitable Foundation."

"The NAACP applauds the producers of the film, 'Jane and Emma,' for working to bring to light (a) figure

in Latter-day Saints history," Jeanetta Williams, president of the NAACP Salt Lake Branch, said in a press release.

"The donation will help further the NAACP's mission to ensure the political, educational, social and economic

equality of rights of all persons and to eliminate race-based discrimination."

Letter announcing "Billy Jensen's Radio Utah," original screenplay, and "Billy Jensen's Radio Utah

Prospectus" was emailed to Jeanetta Williams, president, NAACP Salt Lake Branch on October 14, 2018.

> "'Billy Jensen's Radio Utah Prospectus,'" in part the missive reads, "was developed
> through strategic contacts in Utah, across the nation, outreach in Europe and Africa to
> come up with the strongest film story and plan that will bring to fruition **Marketplace
> Expansion through Inclusion**. Process of getting our project green lighted places
> restriction on 16-page prospectus distribution until lead producer reaches a decision.
> (See prospectus cover.) "Billy Jensen's Radio Utah" will be a triumph for Utah, its
> faith-based institutions, select professionals who have been dedicated to bringing
> humanitarian-themed projects to Utah. To this, we cast our bread upon the water.
> Now is the time to invite stakeholders who have worked tirelessly to bring about
> comprehensive inclusion. This call especially includes the NAACP."

**C**     **National Association for the Advancement of Colored People and The LDS Church**

Incongruities brought about by the sudden relationship building between the National Association for the

Advancement of Colored People and The Church of Jesus Christ of Latter-day are non sequitur, leaving Albert C.

Jones and America, The Diversity Place marginalized after responding to the call for ethnic business start-ups

initiated by Gov. Jon M. Huntsman Jr. and directors in the Utah Office of Ethnic Affairs in 2005. Mindful of the 30-

second soundbite, savvy media and public relations designed and cultivated by global specialty advertising and

public relations agencies, The LDS Church and the National NAACP played their newly discovered affiliation to the

public as an earthshaking epiphany whose arrival couldn't have happened any faster. America, The Diversity Place

felt threats and intimidation trying to seek collaborators to advance "Billy Jensen's Radio Utah," screenplay, and

"Billy Jensen's Radio Utah Prospectus." As a Salt Lake City-based marketing communications and content

development company specializing in diversity and inclusion, America, The Diversity Place remains perplexed,

seeks answers for the slight. The following is what took place:

AMICUS BRIEF

**12**

On Sunday, July 15, 2018, **Elder Jack N. Gerard,** General Authority Seventy, The Church of Jesus Christ of Latter-day Saints, was an invited speaker at the NAACP 109th Annual National Convention held in San Antonio, Texas. As follow-up coverage, headline on news release on The LDS Church's website screamed 'Collaboration between the Church and NAACP expands.'

> "Local members of each organization are cosponsoring an education and employment initiative to truly increase opportunity among our brothers and sisters whom we identify together," said Elder Gerard. "I'm pleased to announce that we will together launch an education and employment initiative with an eye towards national impact beginning in cities like Baltimore, Maryland; Atlanta, Georgia; and Camden, New Jersey," Elder Gerard told the audience. "We envision joint NAACP and LDS activities and projects all over this nation. We do not intend to be a flash in the pan; that is not our style, and we know it's not yours," The news release says, "Courses will include finding a better job, gaining a better education and income, personal finances and entrepreneurship, such as starting and growing one's own business."
> (16 July 2018 - SAN ANTONIO, TEXAS , News Release, Elder Gerard Addresses NAACP National Convention)

*Amicus Curiae* ask the Court to notice that Salt Lake City, Utah is not mentioned in "an eye towards national impact beginning in cities like Baltimore, Maryland; Atlanta, Georgia; and Camden, New Jersey."

Further, on July 23, 2018, Tad Walch reported in the Deseret News an authoritative voice from the Quorum of the Twelve Apostles speaking about the collaboration between The LDS Church and National NAACP. Only the First Presidency of The LDS Church are higher authorities than the Quorum of the Twelve Apostles. The headline screamed, 'Elder Holland on why LDS Church and NAACP partnership is a golden opportunity'

> "I hope this will be just the beginning of an important new alliance between friends," said Elder Jeffery R. Holland of the Quorum of the Twelve Apostles. "The NAACP is certainly one of the most legendary organizations in the black community and one of the most charitable as well. This is an opportunity to have like-minded people with like-minded motives wanting to help each other toward common goals."

America, The Diversity Place was ecstatic about "entrepreneurship, such as starting and growing one's own business," thinking doors of collaboration would be opened here in Salt Lake City, across Utah and the nation, if not internationally. All our diversity and inclusion missions and work had prepared America, The Diversity Place for a welcoming seat at the table for the burgeoning, speaking truth to power moments, genuine enthusiasm that came with National NAACP and The LDS Church pronouncements in the media.

*Founded February 12, 1909,* mission of the NAACP includes:

> "To make our vision a reality, we will: Ensure the political, educational, social, **and economic equality of all citizens**. Achieve equality of rights and eliminate

AMICUS BRIEF

**13**

race prejudice among the citizens of the United States. Remove all barriers of
racial discrimination through democratic processes. Seek enactment and enforcement
of federal, state, and local laws securing civil rights. Inform the public of the adverse
effects of racial discrimination and to seek its elimination. Educate everyone on their
constitutional rights and take all lawful action to secure the exercise of those rights,
and to take any other lawful action in furtherance of these objectives, consistent with
the NAACP's Articles of Incorporation and NAACP Constitution."

*"Together with more than 2 million activists across the country," "the NAACP
is the nation's foremost, largest, and most widely recognized civil rights organization."*

Among directives and action guidance on the NAACP website, there is "Strategic Partnership" lead by

Andrea Brown-Ghee: "A memorandum of understanding (MOU) is a nonbinding agreement between two or more

parties outlining the terms and details of an understanding, including each parties' requirements and

responsibilities."

Further, **"The NAACP Economic Department:**

"recognizes the importance of the economy and economic issues in advancing an equal
opportunity society and aims to address the challenging economic realities facing our
country including poverty, lack of jobs and disproportionate high unemployment, lack of
affordable housing, foreclosures, etc. The NAACP Economic Department's work enhances
the capacity of African Americans and other underserved groups through financial economic
education; individual and community asset building initiatives; diversity and inclusion in
business hiring, career advancement and procurement; and monitoring financial banking
practices."

**D**      **Second Attempt to Make The LDS Church Connection**

Seeking to engage both parties in their announced intentions, documentation was emailed to and an

informational package sent registered priority mail via the United States Postal Service addressed to **Elder Jack N.**

**Gerard,** General Authority Seventy, The Church of Jesus Christ of Latter-day Saints. America, The Diversity Place

was rebuffed in its efforts as a business enterprise in business in Utah since March 2006. Rob Howell, Church

Communications Department, responded for Elder Gerard, leaving what many would consider a threatening

voicemail — "We will sue you." — on the company phone and sending a "cease and desist" email.

Incomprehensible, the microaggression has to be stated verbatim:

"Dear Mr. Jones, I have been asked to respond to your several inquiries regarding a
Memorandum of Understanding and to inform you that The Church of Jesus Christ of
Latter-day Saints respectfully declines to enter into any such agreement with America
Diversity Place or Billy Jensen's Radio Utah. Your inquires reference NAACP leadership
as well. To be very clear, The Church of Jesus Christ of Latter-day Saints and NAACP
are collaborating directly with each other with no intention to include America Diversity
Place. Further, your newsletter style articles that are attached with these communications

AMICUS BRIEF

**14**

appear to include inaccurate inferences that the Church and NAACP are working with you and America Diversity Place and are inappropriate to disseminate. We ask that you kindly acknowledge receipt of this email and then please cease and desist in further emails, postal mailings, misleading and inaccurate newsletter articles as well as any further communication to leaders of The Church of Jesus Christ of Latter-day Saints in regard to this topic. We thank you for your cooperation with this request. I left you a voice message earlier and am happy to talk with you on the phone if helpful." (Rob Howell <HowellRD@churchofjesuschrist.org> Wed, Apr 17, 4:37 PM (7 hours ago) (April 17, 2019)

America, The Diversity Place replied to email with an attached letter, followed up with a phone call to

Brother Howell. (6. LDS Communications Department-letter-4-18-2019)

**Thursday, April 18, 2019, Albert C. Jones** (utahdiversity@aol.com) **received an email**

(jdwnaacp@att net) **from** Jeanetta Williams, President, NAACP Salt Lake Branch & Tri-State Conference of Idaho,

Nevada and Utah-Former Member, NAACP National Board of Directors. Carbon-copies were also emailed to

Bradford Berry (General Counsel, NAACP) bberry@naacpnet.org, Aba Blankson (Vice President, Communications

& Digital Media, NAACP) ablankson@naacpnet.org. Incomprehensible, the **email, aggressive in tone, is**

documented verbatim:

"Albert, I am very disappointed at your actions pertaining to the NAACP Salt Lake Branch, NAACP National Headquarters and The Church of Jesus Christ of Latter-day Saints as you attempt to exploit our work in using our names without approval. You have not or (sic) is a member of the NAACP. You wrote to me in October 2018 about events that you covered as a reporter but it was extremely misleading as it gave the appearance that you orchestrated all of these events which I know is not true. You said to me that you talked to me about bringing the NAACP National Convention to Salt Lake City and when I questioned you about this, you said, "I am a man of few words and mostly action, I acknowledge how you could have forgotten the conversation." I told you that was not true about you bringing the NAACP National Convention to Salt Lake City. I talked to different folks about working to bring the NAACP Convention to Salt Lake and as I did, I talked as someone in a leadership role with the NAACP and not as a reporter gathering information. There is a huge difference. After I would not consider support, you contacted our NAACP Headquarters. In addition, you wrote to the NAACP Salt Lake Branch Vice President, Shawn Newell on April 2, making a request of him to submit a letter for a Memorandum of Understanding between America, The Diversity Place, NAACP and The Church of Jesus Christ of Latter-day Saints. As President, this request was sent to me. As President, I am letting you know that this is not going to happen. You read about the NAACP work with The Church of Jesus Christ of Latter-day Saints and now your plans are to exploit our work for your gain.

"In 2009 when the Salt Lake Branch presented you with the Albert Fritz Award it was for your reporting and we have presented the Media Relations Awards since 1995 to much larger affiliates such as Comcast, AT&T, Deseret News, Salt Lake Tribune and others without any of them using the recognition as some form of endorsement, etc. It shows that in the future, we will be very careful as how these recognition's (sic) are presented and perceived.

"I have received notification from The Church of Jesus Christ of Latter-day Saints and

AMICUS BRIEF

**15**

our NAACP Headquarters of your actions and what I consider, a threat to the Church as
if they take legal action against you what the outcome would be. I am writing demanding
that you cease and desist of all of your misuse in the names of the NAACP and The Church
of Jesus Christ of Latter-day Saints. If you continue with your threats and the misuse of our
names, other actions will be taken."

Sincerely,
Jeanetta Williams
President, NAACP Salt Lake Branch & Tri-State Conference of Idaho, Nevada
and Utah-Former Member, NAACP National Board of Directors

"Many are attracted to social service — the rewards are immediate, the ratification quick.
But if we have social justice, we won't need social service."
— Julian Bond, Former Chairman, NAACP Board of Directors

**E      Film Industry Referral Requirement**

Nina L. Shaw, Esq., a founding partner of Los Angeles-based boutique law firm Del Shaw Moonves

Tanaka Finkelstein & Lezcano, appeared in the segment "Brief But Spectacular," PBS NewsHour, on June 5, 2019.

https://www.facebook.com/watch/?v=1479072745566116.

Her credentials, with more than 35 years of experience, stands out in her biography on the firm's website:

"Nina Shaw is a founding partner of Del Shaw Moonves Tanaka Finkelstein & Lezcano.
Her practice is in the television, motion picture, and live stage area. A native New Yorker,
Nina was born and raised in Harlem and The Bronx, educated in the New York City public
school system and is a graduate of Barnard College and Columbia Law School. Among her
clients are successful and award winning actors, writers, producers and directors as well as
entrepreneurs and entertainment executives. She began her legal career in the Entertainment
Department of the law firm of O'Melveny & Myers.

"Nina is a Variety Dealmaker Impact honoree and has been named repeatedly to The
Hollywood Reporter's "Women in Entertainment Power 100" list. She is a recipient of
the WIF Crystal Award, and in 2013 was named Entertainment Lawyer of the Year by
the Beverly Hills Bar Association. Most recently, she was honored by Essence Magazine
with its 2016 Black Women in Hollywood Power Award, and also in 2016 Nina was
profiled in the New York Times: 'She's the Hollywood Power Behind Those Seeking a Voice.'"

Notes were made to contact Ms. Shaw about representing America, The Diversity Place.
(**A-6-HSD-Case 221-cv-02504**)

Outreach began to the Rev. France A. Davis, pastor, Calvary Baptist Church, to assist with getting a

meeting with and obtaining a Letter of Inclusion from the First Presidency of The LDS Church. Pastor Davis was

among faith-based, business and community leaders who helped launch of the Utah Black Chamber of Commerce

on February 26, 2006. Letter of Inclusion from First Presidency of The LDS Church would be the referral required

to submit to Nina Shaw, Esq., for representation at an agency like Del Shaw Moonves Tanaka Finkelstein &

AMICUS BRIEF

**16**

Lezcano. (See exhibit, A-21- Case 221-cv-02504-Rev. France A. Davis-Letter-8-21-2019)

Outreach also began to Senior Pastor Eric Morgan, Living Waters International in Salt Lake City. (See exhibit, A-22- Case 221-cv-02504-Pastor Morgan-Letter-9-7-2019)

America, The Diversity Place and Pastor Morgan met with Rev. Davis on November 9, 2019 at Calvary Baptist Church. Pastor Davis agreed to attend a meeting with The First Presidency of The LDS Church on a date before his becoming pastor emeritus of Calvary Baptist Church. ('Utah civil rights legend France Davis retires from the pulpit after 46 years, but his life remains a sermon in service' by Peggy Fletcher Stack, Salt Lake Tribune, December 29, 2019.) Pastor Davis left it to America, The Diversity Place and Pastor Morgan to come up with a date to request and schedule a meeting with the First Presidency of The LDS Church. Request for a meeting was never scheduled:

"Brother Albert, I never heard back from Rev. Davis so I think you and me have to chart the rest of the course. What do you want to do next?" (Facebook Messenger, Eric Morgan sent December 26, 2019)

"Hello Pastor Albert, Happy New Year to you. I pray all is well. Just wanted to find out if you have any updates on your project and Rev. Davis's participation. Hope to hear from you soon." (Facebook Messenger, Eric Morgan sent January 22, 2020)

## CONCLUSION

Am I my brother's keeper?

Plaintiff, James Huntsman, is to be commended for presenting such matters as are in his complaint before the Court against the Defendant. Speaking truth to power must be done so with integrity and not merely words to be disclaimed and repealed, purported as "folklore" by prophets in latter generations. Word is bond. The question is, Am I my brother's keeper? Brigham Young, purveyor of the "curse of Cain" against people of black of African descent and his successors, answered that biblical question in ways that are problematic, far reaching, wherever The LDS Church did conduct evangelism in Utah, in the United States and throughout the world since arriving at "this is the place in 1847.

In this regard, Robert Greenwell reports clarity, if speaking truth to power is adhered to:

"Although the revelation on the priesthood (June 1, 1978 and June 9, 1978) ) had immediate and far-reaching repercussions for the LDS Church, it was, nevertheless, an incomplete measure in that it failed to address the broader question of Mormon racist ideology that had been so important to every Church leader since the administration of Brigham Young. The LDS Church

AMICUS BRIEF

**17**

continued to publish books containing racist ideas by influential authors such as
Joseph Fielding Smith and his son-in-law Bruce R. McConkie (1915–1985), and professors
of religion at Brigham Young University still taught discredited racist myths in their classrooms.
The official position was at first to allow '[t]he 1978 official declaration to speak for itself.'59

"Racial prejudice remained a continuing problem within Mormonism, however, and on
April 2006 at a priesthood session of general conference, President Gordon B. Hinckley
(1910–2008) said, "I remind you that no man who makes disparaging remarks concerning
those of another race can consider himself a true disciple of Christ. Nor can he consider
himself to be in harmony with the teachings of the Church of Christ. . . . Brethren, there is
no basis for racial hatred among the priesthood of the Church."60 "That same year apostle
Jeffrey R. Holland referred to past racist ideas within Mormonism as 'folklore' in an interview
with Helen Whitney for the PBS production entitled "The Mormons." It was not, however,
until Randy Bott, a professor of religion at BYU, expressed ideas that Black people were
under the "curse of Cain," had been less valiant in a premortal life, and had not been ready
to receive the priesthood in response to questions from a Washington Post reporter in 2012
— the year Mitt Romney was seeking the presidency of the United States — that the
LDS Church officially renounced earlier racist thinking on the part of Church leaders.61

"On December 6, 2013, the Church issued the Gospel Topics essay "Race and the Priest-hood"
on its official website LDS.org, in which it was declared that the Church "disavows the theories
advanced in the past that black skin is a sign of divine dishonor or curse, or that it reflects
unrighteous actions in a premortal life; that mixed-race marriages are a sin; or that blacks or
people of any other race or ethnicity are inferior to anyone else."6 ("One Devout Mormon Family's
Struggle with Racism" by Robert Greenwell, "The Dialogue Journal.com," Dialogue Foundation,
Farmington, Utah.)

The American experiment, the Court is reminded, is not inclusive of theocracy. Rather, intent of Founders
was for a separation of church and state being foundational to existence and continuity of the Republic. Plaintiff's
assertion about "communities whose members have been marginalized by the church's teachings and doctrines"
offers a corrective, inching toward "We the People of the United States, in Order to form a more perfect Union . . . ."

Speaking truth to power, moreover, within earshot of that voice, be it prophet, clergy person, voice from
any of the faith-based communities and/or organizations, elected officials, educators, business and community
leaders, "speaking truth to power" is an imperative. To whom do words emanating from that voice speaking truth to
power apply? In current times, are words of that voice only for the elect? If so, then that voice should speak to the
elect only on channels available only to the elect. Milieu otherwise foments, what the Plaintiff asserts as
"organizations and communities whose members have been marginalized by the Church's teachings and doctrines."

If there is such a thing as simultaneous vision, followed by an affirmation of simultaneous revelation, then
influence of that voice "speaking truth to power" cannot and will not, cannot be reserved for the elect. Rather, that
voice "speaking truth to power" must be germane, not coincidental, to and for whomever is within earshot. If that

AMICUS BRIEF

**18**

voice of prophecy doesn't mean it, in reality speaking truth to power, then the words should not be spoken as such, especially withing earshot of believers like *Amicus Curiae*.

**F      Self-reliance.**

"Self-reliance" is a value that The LDS Church has taught since Pioneer Days of 1847, teaches worldwide to its membership. For America, The Diversity Place, self-reliance equates to existentialism:

> "a philosophical theory or approach that emphasizes the existence of the individual person as a free and responsible agent determining their own development through acts of the will."

> — (Oxford Languages)

"Organizations and communities whose members have been marginalized by the Church's teachings and doctrines" admits to denial of "life, liberty and the pursuit of happiness," *Amicus Curiae* included.

Word is bond. Speaking truth to power. Am I my brother's keeper?

**PRAYER FOR RELIEF**

On this soil, abridging any American's right to "life, liberty and the pursuit of happiness," *Amicus Curiae* included, is an infraction. In 2005, Gov. Jon M. Huntsman Jr. and the Utah Office of Ethnic Affairs introducing the "prosperity" initiative was good for all people in the state of Utah. All of the state's residents belong to an ethnic group. Forming ethnic chambers of commerce was diversity in action and, more importantly, opening doors to inclusion. Argument and documents presented by *Amicus Curiae*, joined with Plaintiff's assertion about "organizations and communities whose members have been marginalized by the Church's teachings and doctrines" means James Huntsman's desire for remedies, hopefully, will be satisfied by the Court? Plaintiff says "organizations and communities whose members have been marginalized by the Church's teachings and doctrines, including by donating to charities supporting LGBTQ, African-American, and women's rights."

In matters regarding creation of the "Billy Jensen's Radio Utah" screenplay and development of "Billy Jensen's Radio Utah Prospectus," no funds were ever sought from The LDS Church, First Presidency of The LDS Church, Family History Department of The LDS Church or anyone else named in the prospectus. Focus of proprietorships started and operated by Albert C. Jones, business plans for the past 15 years in Utah and across the United States have developed and expanded diversity and inclusion as a genre in journalism and photojournalism, content development, public speaking, giving voice to a multiplicity through interviews, stories and photos,

AMICUS BRIEF

19

screenplays, including developing business plans (prospectus). Our accomplishments in Utah and across the nation — what the future will call to fore — represent the main purpose for bringing to fruition our vision, representing our core values through hard work, faithfully serving our mission by building capacity first as Utah, The Diversity Place, building a variety of capacities since March 2009 as America, The Diversity Place.

"The individual's right to work," it is commonly expressed, "has been upheld as sacrosanct."

This is another precise moment available to The LDS Church to issue a fiat that make amends, extending a "new day" as has been trumpeted about relationship development with other organizations. America, The Diversity Place's Salt Lake City-based company office is within walking distance to Temple Square. If a "new day" moment is not agreed to through stipulation between Plaintiff and Defendant, then the outcome will be nullification by design, not only of the objectives of America, The Diversity Place, but other upstart enterprises.

*Amicus curiae* asks that conciliation between Plaintiff and Defendant be reached by making generous donations to the following five mission-driven nonprofits working toward the betterment of society, plus a Letter of Inclusion from First Presidency of The LDS Church as described in exhibits (**A-21-Case 221-cv-02504**-Rev. France A. Davis-Letter-8-21-2019) and (**A-22-Case 221-cv-02504**-Pastor Morgan-Letter-9-7-2019).

Nonprofits include:

### a.  Eunice Kennedy Shriver National Center for Community of Caring at the University of Utah

Community of Caring believes that the values of Caring, Respect, Responsibility, Trust and Family are the foundation on which responsible decisions and behaviors are based. This K-12, whole school, comprehensive program emphasizes that the ability to reflect upon and act upon values is essential in shaping lives, illuminating goals, and guiding responsible decisions.

**Heidi DeWitt Woodbury**
*Vice President*
Office of University Advancement
University of Utah
332 South 1400 East, Suite 160
Salt Lake City, UT 84112
(801) 585-6167
heidi.woodbury@admin.utah.edu

### b.  OrchKids of the Baltimore Symphony Orchestra; Daniel Trahey, Musician, Educator and Innovator

OrchKids is a year-round, during and after-school, music program designed to create social change and nurture promising futures for youth in Baltimore City neighborhoods.

AMICUS BRIEF

20

Under Baltimore Symphony Orchestra's Music Director/OrchKids Founding Director, Marin Alsop's artistic leadership and direction, OrchKids is the cornerstone of the Baltimore Symphony Orchestra's community engagement efforts across the city. Founded in 2008 with 30 students at one elementary school – with seed funding from Marin Alsop and Founding Donors Rheda Becker and Robert E. Meyerhoff. OrchKids now works with ten schools in Baltimore City, serving over 1,600 children from Pre-K through 12th grade.

(Dan Trahey is a musician, educator, and innovator. He was instrumental in the creation of the Baltimore Symphony Orchestra's "OrchKids" where he is Artistic Director. Dan also founded the El Sistema inspired program "Tuned In" at the Peabody Conservatory where he teaches creative composition and community engagement. Dan plays Tuba for the Archipelago Project and the Austria-based RET Brass Band and has performed worldwide for hundreds of thousands of children, specifically targeting impoverished areas with little access to live performance.)

| | |
|---|---|
| **Marin Alsop** | **Raquel Whiting Gilmer** |
| Founding Director OrchKids | Executive Director |
| Music Director (former) | OrchKids of the Baltimore Symphony Orchestra |
| Baltimore Symphony Orchestra | Joseph Meyerhoff Symphony Hall (Meyerhoff) |
| Joseph Meyerhoff Symphony Hall | 1212 Cathedral Street |
| 1212 Cathedral Street | Baltimore, MD 21201 |
| Baltimore, MD 21201 | (410) 783-8100 |
| (410) 783-8100 | rgilmer@bsomusic.org |

### c. Unity Multicultural Education Center, Gonzaga University

"The purpose of Unity Multicultural Education Center (UMEC) continues to support the Academic and co-curricular experiences of African, Latina/o, Asian, and Native American students at Gonzaga University. The LGBT Resource Center is also located on the upper level. Additionally, the focus has expanded to continue to meet the needs of a fluid demographic and provide the Gonzaga community with educational and social opportunities to raise cultural awareness. UMEC welcomes all to participate in upcoming events and programs in an effort to collectively learn and actively promote social justice. UMEC welcomes everyone to build community – regardless of their background. Our mission is to provide educational opportunities that cultivate mindfulness, intercultural development and support the benefits of a pluralistic and inclusive environment. We have several innovative programs and activities that honor and affirm the value of human difference.

| | |
|---|---|
| **Joan Iva Fawcett**, M.Ed. (she/her/hers) | **Joseph Poss** |
| Assistant Dean | Vice President |
| Diversity, Inclusion, Community & Equity | University Advancement |
| Gonzaga University | *Gonzaga University* |
| 502 E. Boone, Suite 215 | 817 E. DeSmet Avenue |
| Spokane, Washington 99258 | Spokane, Washington 99258 |
| (509) 313-4108 | (509) 313-6106 |
| fawcett@gonzaga.edu | poss@gonzaga.edu |

### d. Trinity African Methodist Episcopal Church
### Salt Lake City, Utah

Trinity A.M.E. Church, 239 East Martin Luther King Boulevard in Salt Lake City, is

AMICUS BRIEF

21

registered as a Utah Historic Site. Trinity A.M.E. played a critical role in the development of community for African Americans in Salt Lake City between 1890 and 1910. Shortly after Trinity's founding, besides serving spiritual needs, the church was a gathering place for fraternal orders, civic clubs, social clubs and a women's club for the small population of the African Americans between 1847 and 1910, according to *Martha Hernandez of the* Utah State Historical Society. Sadly, Hernandez reported, the Gothic revival architecture building, small and rectangular with a square tower, stained-glass windows, wooden doors and red brick exterior, suffered water damage to its basement walls in 2012. Attendance dwindled to about 50 worshipers per week.

| | | |
|---|---|---|
| **The Rev. Daryell Jackson** | **The Rev. Teresa Nelson** | **Bishop Clement W. Fugh** |
| Pastor | Presiding Elder | Presiding Bishop |
| Trinity AME Church | Desert Mountain District | Fifth District |
| 239 East 600 South | AME Church | African Methodist Episcopal Church |
| Salt Lake City, UT 84111 | anmdistrict@ame5.org | 4519 Admiralty Way, Suite 205 |
| (801) 654-2156 | | Marina Del Rey, CA 90902 |
| daryell.jackson1@gmail.com | | (310) 577-8530 |
| | | bishop@ame5.org |

### e.   St. Joseph's Indian School, Chamberlain, South Dakota

St. Joseph's Indian School is an American Indian boarding school, located in Chamberlain, South Dakota, on the east side of the Missouri River. The facility is located in the Roman Catholic Diocese of Sioux Falls, but it is operated by a religious institute of pontifical right that is independent of the diocese.

**Father J. Anthony Kluckman**, SCJ
Priests of the Sacred Heart
Roman Catholic Church
Chaplain
St. Joseph's Indian School
1301 North Main Street
Chamberlain, SD 57325
(800) 584-9200
Tax ID: 46-0235912
saintjosephs@stjo.org

AMICUS BRIEF

i

**Appendix: Exhibits** - **Case: 2:21-cv-02504**

A-1- Case: 2:21-cv-02504-Utah Ethnic Chambers of Commerce

A-2- Case 221-cv-02504-The Diversity Times-June 1, 2006

A-3- Case 221-cv-02504-The Diversity Times-April 2007

A-4- Case 221-cv-02504-The Diversity Times-July 2008

A-5- Case 221-cv-02504-The Diversity Times-January-2009

A-6- Case 221-cv-02504--Family Search-letter-1-20-2014

A-7- Case 221-cv-02504- Rev. Nurijhan Govan-letter-9-3-2014

A-8- Case 221-cv-02504-Screenwriter Memo-Rev. Nurijhan Govan-9-3-2014

A-9- Case 221-cv-02504-AME Church-10-27-2014

A-10- Case 221-cv-02504-Shipley J. Munson-7-28-2015

A-11- Case 221-cv-02504-Hollywood-Diversity-Report-2-12-14

A-12- Case 221-cv-02504-SLC Branch-NAACP-letter-10-14-2018

A-13- Case 221-cv-02504-Ogden Branch-NAACP-letter-10-14-2018

A-14- Case 221-cv-02504-LDS Church-letter-10-29-2018

A-15- Case 221-cv-02504-NAACP-LDS Church-MOU-letter-3-27-2019

A-16- Case 221-cv-02504-LDS-NAACP Notes-4-17-2019

A-17- Case 221-cv-02504-LDS Communications Department-letter-4-18-2019

A-18- Case 221-cv-02504-Jeanetta Williams-Email-April 18, 2019

A-19- Case 221-cv-02504-Mr. Albert C. Jones - Letter of Recommendation

A-20- Case 221-cv-02504-Peter Corroon-Letter-1332_001-4-29-2019

A-21- Case 221-cv-02504-Rev. France A. Davis-Letter-8-21-2019

A-22- Case 221-cv-02504-Pastor Morgan-Letter-9-7-2019

A-23-Case 221-cv-02504-NAACP Membership

AMICUS BRIEF

ii

**Appendix: Highly Sensitive Documents - Case: 2:21-cv-02504.**

(To be filed under separate motion requesting the Court provide directions on electronic submission of Highly

Sensitive Documents (HSD)

A-1-HSD-Case 221-cv-02504-Rough Draft

A-2-HSD-Case 221-cv-02504-Movie Contacts

A-3-HSD-Case 221-cv-02504-Prospectus-11-1-2017

A-4-HSD-Case 221-cv-02504-Prospectus-4-12-2018

A-5-HSD-Case 221-cv-02504-OWN-NAACP-AME-letter-11-9-2018

A-6-HSD-Case 221-cv-02504-Nina Shaw Notes

A-7-HSD-Case 221-cv-02504-Albert C. Jones-2020-Tax Return

AMICUS BRIEF

1   HEREBY CERTIFY:  That a true and exact copy of this document was electronically filed in the court's system and
    will be sent through that means to the attorneys of record.
2
            RESPECTFULLY SUBMITTED in Los Angeles, California, this day of June 26, 2021.
3

4

5

6

7                                                          THE REV. ALBERT C. JONES
                                                           Publisher and Screenwriter
8                                                          Sole Proprietor, Doing Business As
                                                           America, The Diversity Place
9                                                          (formerly Utah, The Diversity Place)
                                                           130 South 500 East, Suite 307
10                                                         Salt Lake City, UT 84102
                                                           (801) 364-4187
11                                                         americadiversityplace@gmail.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMICUS BRIEF