| | |
|---|---|
| 1 | Rick Richmond (SBN 194962) |
| | *rrichmond@larsonllp.com* |
| 2 | Matthew S. Manacek (SBN 312834) |
| | *mmanacek@larsonllp.com* |
| 3 | Timothy C. Tanner (SBN 318081) |
| | *ttanner@larsonllp.com* |
| 4 | Troy S. Tessem (SBN 329967) |
| | *ttessem@larsonllp.com* |
| 5 | **LARSON LLP** |
| | 555 South Flower Street, Suite 4400 |
| 6 | Los Angeles, California 90071 |
| | Telephone: (213) 436-4888 |
| 7 | Facsimile: (213) 623-2000 |
| 8 | Attorneys for Defendant |
| | THE CHURCH OF JESUS CHRIST OF |
| 9 | LATTER-DAY SAINTS |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JAMES HUNTSMAN, | Case No. 2:21-cv-02504 SVW (SK) |
| Plaintiff, | *Assigned to the Hon. Stephen V. Wilson, Ctrm. 10A* |
| vs. | **(PROPOSED) ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS; and Does 1-10, | [*Filed concurrently with Motion for Summary Judgment; Declaration of Paul Rytting; Declaration of Rick Richmond; Statement of Undisputed Facts, and (Proposed) Judgment)*] |
| Defendants. | Trial Date:     None Set |

**LARSON** LLP
LOS ANGELES

**(PROPOSED) ORDER**

The Court, having considered Defendant The Church of Jesus Christ of Latter-day Saints' Motion for Summary Judgment, the opposition and reply thereto, all evidence in the record, and oral argument of counsel having been received by the Court, hereby rules as follows:

Defendant's Motion is GRANTED. There is no triable issue of material fact and Defendant is entitled to judgment as a matter of law. The claim and cause of action asserted by Plaintiff against Defendant shall be dismissed and Defendant shall have judgment entered in its favor.

**IT IS SO ORDERED.**

DATED: _____, 2021

_____
Honorable Stephen V. Wilson
United States District Judge