Rick Richmond (SBN 194962)
rrichmond@larsonllp.com
Matthew S. Manacek (SBN 312834)
mmanacek@larsonllp.com
Timothy C. Tanner (SBN 318081)
ttanner@larsonllp.com
Troy S. Tessem (SBN 329967)
ttessem@larsonllp.com
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Telephone:(213) 436-4888
Facsimile: (213) 623-2000

Attorneys for Defendant
THE CHURCH OF JESUS CHRIST OF
LATTER-DAY SAINTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JAMES HUNTSMAN,<br><br>Plaintiff,<br><br>vs.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS; and Does 1-10,<br><br>Defendants. | Case No. 2:21-cv-02504 SVW (SK)<br><br>*Assigned to the Hon. Stephen V. Wilson, Ctrm. 10A*<br><br>**(PROPOSED) JUDGMENT**<br><br>*[Filed concurrently with Motion for Summary Judgment; Declarations of Paul Rytting and Rick Richmond, Statement of Undisputed Facts; and (Proposed) Order]*<br><br>Trial Date:       None Set |

# (PROPOSED) JUDGMENT

On _____, 2021, the Court issued an Order GRANTING Defendant The Church of Jesus Christ of Latter-day Saints' Motion for Summary Judgment.

NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that in accordance with the Court's Order dated _____, 2021, judgment is hereby entered in this case in favor of Defendant The Church of Jesus Christ of Latter-day Saints and against Plaintiff James Huntsman.

Plaintiff James Huntsman shall receive nothing from Defendant The Church of Jesus Christ of Latter-day Saints, and this action against Defendant The President of the Church of Jesus Christ of Latter-day Saints is dismissed with prejudice.

Defendant The Church of Jesus Christ of Latter-day Saints is awarded its costs of suit.

DATED: _____, 2021

                                        Honorable Stephen V. Wilson
                                        United States District Judge