1 | Rick Richmond (SBN 194962)
*rrichmond@larsonllp.com*
2 | Matthew S. Manacek (SBN 312834)
*mmanacek@larsonllp.com*
3 | Timothy C. Tanner (SBN 318081)
*ttanner@larsonllp.com*
4 | Troy S. Tessem (SBN 329967)
*ttessem@larsonllp.com*
5 | **LARSON LLP**
555 South Flower Street, Suite 4400
6 | Los Angeles, California 90071
Telephone:(213) 436-4888
7 | Facsimile: (213) 623-2000

8 | Attorneys for Defendant
THE CHURCH OF JESUS CHRIST
9 | OF LATTER-DAY SAINTS

10 |

11 | UNITED STATES DISTRICT COURT

12 | CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

13 |

14 | JAMES HUNTSMAN, | Case No. 2:21-cv-02504 SVW (SK)

15 |     Plaintiff, | *Assigned to the Hon. Stephen V. Wilson, Ctrm. 10A*

16 |     vs. |

17 | CORPORATION OF THE PRESIDENT OF THE CHURCH OF | **DECLARATION OF PAUL RYTTING IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

18 | JESUS CHRIST OF LATTER-DAY SAINTS; and Does 1-10, |

19 |     Defendants. | *[Filed concurrently with Motion for Summary Judgment; Statement of Undisputed Facts; Declaration of Rick*

20 | | *Richmond; (Proposed) Order; (Proposed) Judgment]]*

21 | |

22 | | Date:    August 30, 2021
Time:    1:30 p.m.

23 | | Ctrm.:    10A

24 | | Trial Date:    None Set

25 |

26 | **REDACTED VERSION OF DOCUMENT**

27 | **PROPOSED TO BE FILED UNDER SEAL**

28 |

## DECLARATION OF PAUL RYTTING

Pursuant to 28 U.S. Code § 1746, I, Paul Rytting, declare and state that the following facts are true and correct:

1.      I am a member of The Church of Jesus Christ of Latter-day Saints (the "Church") and am familiar with Church history and teachings.  I am also a Director within the Finance and Records Department of the Church.  I have worked in similar or related positions for over fifteen years.  I am familiar with Church policies and practices relating to the management of funds and, in particular, with respect to the financing of the City Creek project.

2.      I make these statements based upon institutional and personal knowledge.

3.      The Church was founded in upstate New York in 1830 by a prophet named Joseph Smith, who was directed by God to restore the Christian faith to its ancient origins.  After Joseph Smith's martyrdom, the general body of the Church migrated to the Utah Territory in large numbers beginning in 1847 and continuing throughout the 1860's.  As the successor to Joseph Smith, Brigham Young led the Church members to Utah and continued to serve as the president of the Church until his death in 1877.  In the early years, the Church used some of the contributions it received to construct the well-known temple in downtown Salt Lake City and its adjoining tabernacle, which was home to the Mormon Tabernacle Choir, now known as the Tabernacle Choir at Temple Square, for decades.  That area of downtown Salt Lake City is known as Temple Square.  The Church's worldwide headquarters are located contiguous to  Temple Square.

4.      Brigham Young recognized that the Church and its members needed to become self-sufficient.  During the era of the pioneer migration, Utah was relatively unconnected to the rest of the country, especially before the transcontinental railroad was completed with the joining of the rail lines on Utah's Promontory Summit in 1869.  In addition to building the temple and tabernacle at Temple Square, Brigham Young began establishing numerous commercial enterprises.  These were financed

with contributions that had been made to the Church.  For example, Brigham Young established the Zion's Cooperative Mercantile Institution, which was a general goods store founded by the Church in 1868 that became known by its acronym, ZCMI. ZCMI became a chain of prominent department stores in Utah.  The ZCMI Center Mall, which was across the street from Temple Square, was a prominent feature of downtown Salt Lake City.  From 2006 to 2012, the ZCMI Center Mall was transformed into what became known as City Creek Center.  In addition to ZCMI, the Church developed, owned, and managed the Hotel Utah, which was the most well-known hotel in downtown Salt Lake City; a chain of book stores called Deseret Book; one of the two major newspapers in Salt Lake City called the *Deseret News*; and a popular downtown gym called the Deseret Gym.  The name "Deseret" comes from the Church's scriptures known as the *Book of Mormon, Another Testament of Jesus Christ,* and refers to the honeybee, which signifies industry.  (Book of Mormon, Ether 2:3.)

    5.    Contributions to the Church fall into different categories.  The most common are tithing, fast offerings, missionary contributions, and humanitarian aid. Tithing is the principal contribution to the Church.  Members of the Church pay tithing, meaning a tenth of their annual increase or income.  Fast offerings are intended to help feed and clothe those in need.  Missionary contributions are intended to fund the efforts of the Church's missionaries and missionary work.  Humanitarian aid contributions are intended to address disasters such as hurricanes, floods, droughts, and more.

    6.    Each year, the Church sets aside a portion of the donations it receives to build a reserve fund to prepare for possible future needs.  This is in accordance with the Church's teachings on self-sufficiency and financial preparedness.  During the Church's April 1991 General Conference (a semi-annual event consisting of worship services and messages from Church leaders broadcast to the worldwide Church), President Gordon B. Hinckley, then-First Counselor to the president of the Church,

DECLARATION OF PAUL RYTTING

explained the following: "In the financial operations of the Church, we have observed two fixed principles: One, the Church will live within its means.  It will not spend more than it receives.  Two, a fixed percentage of income will be set aside to build reserves against what might be called a possible 'rainy day.'"  Attached hereto as **Exhibit 1** is a true and correct copy of the address entitled "The State of the Church."

7.     During the Church's October 1995 General Conference,  President Hinckley, then-president of the Church, reiterated this position: "Not only are we determined to live within the means of the Church, but each year we put into the reserves of the Church a portion of our annual budget. . . .  Should there come a time of economic distress, we would hope to have the means to weather the storm."  Attached hereto as **Exhibit 2** is a true and correct copy of address entitled "Of Missions, Temples, and Stewardship."

8.     In September of 1997, and in line with the aforementioned principles, Ensign Peak Advisors, Inc. ("Ensign Peak"), a nonprofit organization, was established to serve as the Church's primary investment vehicle for the Church's reserve funds in stocks, bonds, and securities, which were set aside and invested to create the rainy day fund.  Prior to this, Church reserves were managed and invested by the Church's Investment Securities Department. ▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮ The Church provided Ensign Peak with an initial grant ▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮ By the end of the 1997, with the combination of the initial grant and earnings on the initial grant, Ensign Peak had net assets of ▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮

DECLARATION OF PAUL RYTTING

9.     Property Reserve, Inc. ("PRI"), a nonprofit entity, was established to invest Church resources in commercial real estate.

10.     During the Church's April 2003 General Conference, President Hinckley announced that the Church would redevelop a shopping mall and other commercial buildings in downtown Salt Lake City (the "City Creek" project).  Attached hereto as **Exhibit 4** is a true and correct copy of the address given by then President of the Church, Gordon B. Hinckley, at the April 2003 General Conference of the Church entitled "The Condition of the Church."  President Hinckley explained that Church leaders felt they had "a compelling responsibility to protect the environment of the Salt Lake Temple" and that it was "imperative to do something to revitalize this area."  President Hinckley also explained that the Church already owned "most of the ground on which this mall stands," but that it "needs very extensive and expensive renovation."  He then explained how the purchase and renovation would be funded:

> "I wish to give the entire Church the assurance that tithing funds have not and will not be used to acquire this property.  Nor will they be used in developing it for commercial purposes.  Funds for this have come and will come from those commercial entities owned by the Church.  These resources, together with the earnings of invested reserve funds, will accommodate this program."

11.     As of December 31, 2003, the year President Hinckley made his announcement about City Creek, Ensign Peak's net assets had grown to ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.  In that year alone, 2003, Ensign Peak accumulated ██████████████████████

DECLARATION OF PAUL RYTTING

12.    The City Creek project received funding from Ensign Peak

13.    Consistent with President Hinckley's 2003 message, the Church earmarked

DECLARATION OF PAUL RYTTING

1    14.    The initial reserve ███████████████████████████████

2    ████ came exclusively from earnings on the Church's reserve funds invested by

3    Ensign Peak.

4    15.    In 2007, City Creek Reserve, Inc. ("CCRI") was established as a new

5    nonprofit 501(c)(3) organization to manage and own the Church's investment in the

6    City Creek project.

7    16.    CCRI owned and made further investments in City Creek property, most

8    of which it then rented to a separate for-profit company to operate the shopping

9    center.

10    17.    During the course of the City Creek project (between 2007 and 2012), ███

11    ████████████████████████████████████

12    ██████████████—authorized appropriations for the City Creek project.

13    With Church authorization, Ensign Peak then periodically granted ███████████

14    ██████████████████

15    18.    ████████████████████████

16    ████████████████████████████████████████

17    ████████████████████████████████████

18    ████████████████████████████████████

19    ████████████████████████████████████

20    ████████████████████████████████████

21    ████████████████████████████████████

22    ████████████████████████████████████████

23    ████████████████████████████████████████

24    ████████████████████████████████

25    19.    When the Church authorized Ensign Peak to grant funds to CCRI, the

26    funds ████████████████████████████████████

27    cash was granted to CCRI.  The remaining ungranted assets ███████████████

28    ██████████████ continued to accrue investment earnings.  In other words, the

DECLARATION OF PAUL RYTTING

reserve fund was periodically "drawn down" during the lifetime of the City Creek project while continuing to accrue investment earnings along the way.

20. 

21.

22.

DECLARATION OF PAUL RYTTING

23. Ensign Peak granted ▮▮▮. Each of the listed Ensign Peak grants came from ▮▮▮ In summary, the total value of ▮▮▮

24. The City Creek project was funded by other sources as well. In addition to Ensign Peak's grants from ▮▮▮ These grants came from the Church's earnings on its general reserve funds from Ensign Peak's main investment account. Attached hereto as **Exhibit 9** and **Exhibit 10** are true and correct copies of the authorizations evidencing these grants.

25. In addition, as President Hinckley explained in his April 2003 General Conference address, the Church already owned much of the land associated with the City Creek project. (*See* Exhibit 4.)  PRI—a nonprofit commercial real estate investment company affiliated with the Church—which owned the relevant properties, granted them to CCRI.

26. PRI also ▮▮▮ No tithing funds were used as part of PRI's expenditures.

27. Finally, CCRI received ▮▮▮

28.     I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 9th day of August, 2021, at Salt Lake City, Utah.

PAUL RYTTING

10

DECLARATION OF PAUL RYTTING

# EXHIBIT 1

# The State of the Church

**Gordon B. Hinckley**
*First Counselor in the First Presidency*

I've been very proud of my Brethren tonight. I've been proud of them in the two sessions today. We have heard tremendous things this day as we have listened to these men who have dedicated their lives to the service of the Lord. I almost shrink from the responsibility of talking to this tremendous gathering of priesthood, more than a hundred thousand strong across the world, who are listening, and I seek the direction of the Holy Spirit.

Every man and boy here is a member of a priesthood quorum. What a wonderful thing it is to belong, to be a part of a significant organization, to have a place where one can gain a sense of security and friendship in the most wholesome kind of environment.

On a previous occasion, in October of 1985 in our general priesthood meeting, I endeavored to give a report on the state of the Church, posing a series of questions and then endeavoring to answer them. I did a similar thing in a regional conference not long ago, and I thought I might do something of the same thing this evening.

I am grateful that the report I have to make is encouraging and uplifting. I have endeavored to see that it is reliable in every respect, because I know that I have a very serious responsibility of accountability to you, my brethren of the priesthood, as well as to the Lord whose church this is.

And so, again, I intend to pose a few questions and then endeavor to answer them as truthfully and frankly as I know how.

My first question is one that we get all over the Church, wherever we go. That question is *"How is President Benson?"*

I am pleased to report that President Benson is reasonably well for his age. He is now ninety-one. He has lived a life of vigorous activity, filled with heavy responsibility and its attendant stress. The years have taken some toll. He arises and dresses each day, and on some days attends our meetings. It is a delight to have him with us. He was with us this morning, and I am sure the entire Church who saw him appreciated that. He is the prophet of the Lord, put in that place under the divine will of our Father in Heaven for the accomplishment of His eternal purposes. There are serious limitations on what he can do, as might well be expected. But I assure you, my brethren, that nothing of substantial consequence is

done without his knowledge and concurrence. I am his counselor, as is President Monson. We have a responsibility to see that the work moves forward. I think we understand the parameters of our callings, and we endeavor to remain within these. With you, we sing with sincerity, "We ever pray for thee, our prophet dear." (*Hymns,* 1985, no. 23.)

Question 2: *"How is the Church doing?"*

The Church is doing very well. We are far from that state of perfection for which we work, but we are trying—and we are making substantial progress. We are growing consistently and remarkably. I note that the *1991 World Book Yearbook* shows there are now only six other religious bodies in the United States larger than The Church of Jesus Christ of Latter-day Saints.

More importantly, there is growing faith and faithfulness among the Latter-day Saints. I am encouraged by what I see. Things are getting consistently better. We have wards and stakes where sacrament meeting attendance runs in the 60-, 70-, and even 80-percent range. I think there is nothing like it in any other organization of substantial size of which I know. I have served as a stake or general officer of this church for more than half a century, and I am confident that never, during all of that time, has a larger percentage of our people been actively engaged in Church responsibility. I submit that this is one of the great success stories of all time. The credit does not belong to us. It is the Lord's success, for this is His work, and we rejoice with Him in that which has been accomplished.

Question 3: *"What is happening with reference to missionary work?"*

The work continues to expand. It has become a truly tremendous undertaking in fulfillment of the commandment of the Lord, a commandment we are faithfully trying to observe. As of the end of the year, as you heard Brother Watson report this morning, there were 43,651 full-time missionaries under call throughout the world. We now have 256 missions worldwide, of which 28 were created in 1990. It is contemplated that 12 more will be created in 1991. We find it necessary to add substantially to the facilities at the Missionary Training Center in Provo, Utah.

Question 4: *"Are we able to construct buildings enough to accommodate the growth of the Church?"*

Approximately 330,000 converts came into the Church during 1990. This number is sufficient to constitute 110 new stakes of Zion, each with a membership of 3,000. There were more converts in 1990 alone than all of the members of the Church presently residing in the state of Arizona or in the state of Idaho. As you might well expect, we are faced with a constant and pressing need for new facilities.

Five hundred and twenty new chapels were dedicated in 1990. It is interesting to note that 330 of the 520 were constructed in countries outside of the United States and Canada. All of this, I submit, bears witness of the remarkable and wonderful expansion of the Church in many nations of the earth. To me it is a constantly

unfolding miracle that we have been able to construct new facilities to accommodate this growth.

Question 5: *"What about the temple and family history work?"*

It is moving forward on an unprecedented scale. A computerized program is being put into place which will greatly facilitate the accurate preparation of family records. The salvation of the Lord applies to every man, woman, and child on the face of the earth. The exaltation of our Father's children rests upon the completion of required ordinances, if all are to move forward on the road that leads to immortality and eternal life. The determination of accurate family history records and the work which follows in the temples are basic in this vast undertaking which the Lord has placed upon our shoulders.

During 1990, the Toronto Temple was completed and dedicated. Work on the San Diego Temple is now going forward. We presently have forty-four operating temples in the Church. Three of these—the Alberta, the Swiss, and the London—are temporarily out of service while renovation work is done after many years of heavy use. It is contemplated that the Alberta Temple will be rededicated in June.

We have announced new temples for Ecuador; Colombia; Orlando, Florida; Bountiful, Utah; and most recently St. Louis, Missouri. Architectural work on these is going forward. We expect that others will be announced—I will not tell you where tonight.

Question 6: *"What about Church education?"*

We now have some 403,000 seminary and institute students enrolled worldwide. Additionally, some 46,500 students are enrolled in Church universities and schools. This is a huge and costly undertaking, but it yields noteworthy benefits in the lives of our youth in terms of spiritual enrichment, moral strength to resist the evil that is all about us, as well as a tremendous increase in gospel scholarship.

Question 7: *"Is there anything new in the welfare program?"*

President Monson has talked to you of some aspects of the welfare program. I may add that the principles under which it operates are as old as the gospel. It is an expression of the Golden Rule: "Whatsoever ye would that men should do unto you, do ye even so unto them." (Matt. 7:12.)

The care of the poor is in the hands of bishops of wards—those Church officers who are nearest to the members and most intimately aware of their needs. As you well know, the funds to administer such aid come through a simple, divinely inspired program—what we call fast day and fast offerings. The millions of dollars which are needed for this purpose each year really cost no one anything. It is not a sacrifice for anyone to go without two meals a month and give the equivalent cost, and even more, to his or her bishop for the care of the needy.

Think, my brethren, of what would happen if the principles of fast day and the fast

offering were observed throughout the world. The hungry would be fed, the naked clothed, the homeless sheltered. Our burden of taxes would be lightened. The giver would not suffer but would be blessed by his small abstinence. A new measure of concern and unselfishness would grow in the hearts of people everywhere. Can anyone doubt the divine wisdom that created this program which has blessed the people of this Church as well as many who are not members of the Church?

Question 8: *"How has the local unit budget allowance program worked?"*

As you know, we have followed for a year a program under which all operating costs of stakes and wards in the United States and Canada, including construction and maintenance of buildings, as well as the expenses of activity programs, are now met from the tithing funds of the Church.

As you can realize, this has involved a very substantial outlay from the tithing resources. After a year's experience, we have received numerous expressions of gratitude and appreciation. They have come from far and wide. Let me read to you part of a letter from a stake president which recently came to one of our Brethren:

"At the beginning of 1990 [he wrote], when we were introduced to the new budgeting program, there were many members in our stake that were anxious and even a few that were critical. Throughout the year … we have emphasized the importance of conserving the financial resources of our people, along with their energies and time. Further to that, we have tried to focus on areas that could enhance the teaching and fellowshipping of members. …

"As we concluded the year 1990, as a presidency, as bishops, and as high councilors, we recognized the prophetic nature of the new budget program. A review of our statistics indicated that at year-end, we had only expended approximately 70 percent of the funds budgeted to us.

"Through normal channels, our stake will be sending the following funds:

"1. approximately $20,000 of excess funds from the 1990 annual budget, and

"2. $13,000 for the general missionary funds of the Church."

He then speaks of yet other funds they will send in.

This is characteristic of letters from many stake presidents who have returned excess funds to the Church since the end of the year.

We look forward to the time when this budget program will be extended worldwide.

Now this raises question 9: *"What about the management of Church finances?"*

The financial program of the Church—both income and disbursement—is found in sections 119 and 120 of the Doctrine and Covenants. Except for fast offerings and missionary funds, two statements found in these brief revelations constitute the

Lord's law of finance and the management program of the fiscal affairs of the Church.

Section 119 simply states that all members "shall pay one-tenth of all their interest [that which is income] annually; and this shall be a standing law unto them forever … saith the Lord." (D&C 119:4.)

Then, concerning the disbursement of the money which comes from the tithing, the Lord has said: "Verily, thus saith the Lord, … it shall be disposed of by a council, composed of the First Presidency of my Church, and of the bishop and his council, and by my high council; and by mine own voice unto them, saith the Lord." (D&C 120.)

These eighteen men—the Presidency, the Twelve, and the Presiding Bishopric —constitute the Council on the Disposition of the Tithes. What might be regarded as executive committees of this larger council include the Budget Committee and the Appropriations Committee. The expenditure of all Church funds comes under the purview of these bodies.

In the financial operations of the Church, we have observed two basic and fixed principles: One, the Church will live within its means. It will not spend more than it receives. Two, a fixed percentage of the income will be set aside to build reserves against what might be called a possible "rainy day."

For years, the Church has taught its membership the principle of setting aside a reserve of food, as well as money, to take care of emergency needs that might arise. We are only trying to follow the same principle for the Church as a whole.

Some of us, I submit, are old enough to remember vividly the dark times of the Great Depression of the thirties. I hope we shall never see such again. But we know that they are not outside the realm of possibility. We are mindful of the story of Pharaoh's dream of the fat and lean cattle and the full and thin ears of corn. (See Gen. 41.)

How grateful I am to be able to say to the priesthood of this church that the Church in its ecclesiastical operations has no debt. No temple, no meetinghouse, no seminary or institute facility, no welfare facility, no building or property used in the ecclesiastical operations is under mortgage.

Question 10: *"Is the Church an organization of great wealth as some have maintained?"*

The Church has substantial assets necessary to its program. These assets are primarily in buildings. They are in ward and stake meeting facilities, in schools and seminaries, colleges and institutes. They are in welfare projects. These assets are in mission homes and missionary training centers, temples and family history archives, as well as related activities and facilities all concerned directly with our mission. But it should be recognized that all of these are money-consuming assets and not money-producing assets. They are expensive to build and maintain. They do not produce financial wealth, but they do much to strengthen and build Latter-

day Saints.

We have a few income-producing business properties, but the return from these would keep the Church going only for a very brief time. Tithing is the Lord's law of finance. There is no other financial law like it. It is a principle given with a promise, spoken by the Lord Himself for the blessing of His children.

I repeat what I have said before—when all is said and done, the only real wealth of the Church is in the faith of its people.

Question 11: *"Why is the Church in commercial enterprises?"*

Essentially, the business assets which the Church has today are an outgrowth of enterprises which were begun in the pioneer era of our history when we were isolated in the West. When there was no longer a need for a number of these, they were disposed of. The remaining number are relatively few.

I repeat, the combined income from all of these business interests is relatively small and would not keep the Church going for longer than a very brief period. I add, also, that these commercial properties are tax-paying entities who meet their tax obligations under the laws of the areas where they are located.

Question 12: *"Does the Church own substantial farm properties, as some have indicated?"*

The Church does own a number of farm properties. As you know, we have some welfare properties whose produce is used to supply food for the needy. These are operated strictly for charitable purposes and legally qualify for tax-exempt status.

Then we have some commercial farm properties. I spoke earlier of the reserves of the Church. Prudent management requires that this money be put to use. In that process, we have purchased and hold some good, productive farms. They are well operated under capable management, and they yield a conservative rate of return. We have felt that good farms, over a long period, represent a safe investment where the assets of the Church may be preserved and enhanced, while at the same time they are available as an agricultural resource to feed people should there come a time of need.

Again, all such commercial properties are taxed under the government entities where they are located. Not only do they pay property taxes, but also income taxes on any profits. So it is with all of the commercial operations of the Church.

The final question, one frequently asked by our young people: *"What is the future of the Church?"*

The charge laid upon the Church is almost beyond comprehension. While yet upon the earth the Lord declared: "And this gospel of the kingdom shall be preached in all the world for a witness unto all nations; and then shall the end come." (Matt. 24:14.)

Furthermore, the work of the Church is concerned with the eternal welfare of all

generations who have lived upon the earth.

No other organization, in my judgment, faces so great a challenge. That challenge, I am confident, will be met by the growing generation and by generations yet to come. To our youth I say—you young men who are here tonight—great is your responsibility, tremendous is your opportunity.

I am confident that you will be a part of a beautiful pattern of growth and strengthening vitality that will be marvelous to look upon and awesome to experience.

As the Prophet Joseph once said, no man can stop this work from progressing.

Many who are clever and deceitful may try to thwart or destroy it, but none will succeed.

And so, to you, my young brethren tonight, I pass the challenge to keep yourselves clean and worthy and to grow in knowledge and understanding, that your part in the future of this great thing which is the work of the Lord may be well performed and add to the building of the kingdom of God in the earth.

I thank every one of you, my brethren. I thank the wonderful and faithful women of the Church—your wives, your mothers, your sisters—this great and remarkable body of women who walk with us in faith and faithfulness as members of The Church of Jesus Christ of Latter-day Saints.

We pray for all of you constantly. We are grateful for your prayers and confidence, and humbled thereby. We constantly plead with the Lord that we may be true and faithful to the great and sacred trust which is placed in us.

May the Lord smile with favor upon each of you. May each of us ever be grateful for His blessings and constantly strive to walk worthily before Him is my humble prayer in the name of Jesus Christ, amen.

# EXHIBIT 2

# Of Missions, Temples, and Stewardship

**Gordon B. Hinckley**
*President of the Church*

Now, if I may have an interest in your faith and prayers, I hope to be able to say something that is helpful. Last Saturday evening, one week ago, a great Relief Society conference was held in this Tabernacle. It was an inspiring experience to look into the faces of that vast congregation of women of strength and faith and capacity. Now it is likewise an inspiring experience to look into the faces of you brethren and feel of your strength, your faith, your loyalty, your devotion.

This has been an hour of inspiration. We have heard much of wonderful counsel that will bless our lives if we will accept it. I desire to speak of two or three matters.

The first has already been dealt with by President Monson and Brother Hillam. I wish to add my endorsement, together with a few further observations.

I speak also of missionary service. I was recently in London, England, and there we held a meeting with the missionaries serving in that area. Representatives of the British Broadcasting Corporation filmed part of the service. They are preparing a documentary of our missionary work in the British Isles.

Prior to this I had been interviewed by a representative of the BBC Radio Worldwide Service. He had seen the missionaries and noted their youthful appearance. He asked me, "How do you expect people to listen to these callow youth?"

In case some of you do not know the meaning of *callow,* it means immature, inexperienced, lacking sophistication.

I replied to the reporter with a smile, "Callow youth? It is with these missionaries today as it was with Timothy in the days of Paul. It was Paul who wrote to his young companion, saying, 'Let no man despise thy youth; but be thou an example of the believers, in word, in conversation, in charity, in spirit, in faith, in purity' (1 Tim. 4:12).

"The remarkable thing is that people do receive them and listen to them. They are wholesome. They are bright, they are alert, they are upstanding. They are clean looking, and people quickly develop confidence in them."

I might have added, "They are a miracle." They knock on doors, but not many are at home these days in a city like London. And so missionaries approach them on

the street and engage them in conversation.

It is not an easy thing for a sensitive young man or woman to do this. But they come to believe in these further words of Paul to Timothy:

"For God hath not given us the spirit of fear; but of power, and of love, and of a sound mind.

"Be not thou therefore ashamed of the testimony of our Lord" (2 Tim. 1:7–8).

They recognize that fear comes not from God but from the adversary of truth. And so they develop a capacity to engage people in conversation concerning their work and their message. They and their associates will bring into the Church during this year of 1995 almost 300,000 converts. That is the equivalent of a hundred new stakes of Zion and more than five hundred new wards in one year.

"Callow youth?" Yes, they are lacking in sophistication. What a great blessing this is. They carry no element of deception. They speak with no element of sophistry. They speak out of their hearts, with personal conviction. Each is a servant of the living God, an ambassador of the Lord Jesus Christ. Their power comes not of their learning in the things of the world. Their power comes of faith, and prayer, and humility. As we have been reminded, the work is not easy. It has never been easy. Long ago Jeremiah said that the Lord would gather His people one of a city and two of a family and bring them to Zion and feed them with pastors after His own heart (see Jer. 3:14–15). In terms of the individual missionary, the harvest is not great in most instances, but in the aggregate it becomes tremendous. The work demands courage, it demands effort, it demands dedication, it demands the humility to get on one's knees and ask the Lord for help and direction.

I throw out a challenge to every young man within this vast congregation tonight. Prepare yourself now to be worthy to serve the Lord as a full-time missionary. He has said, "If ye are prepared ye shall not fear" (D&C 38:30). Prepare to consecrate two years of your lives to this sacred service. That will in effect constitute a tithe on the first twenty years of your lives. Think of all that you have that is good—life itself, health, strength, food to eat and clothing to wear, parents, brothers and sisters, and friends. All are gifts from the Lord.

Of course your time is precious, and you may feel you cannot afford two years. But I promise you that the time you spend in the mission field, if those years are spent in dedicated service, will yield a greater return on investment than any other two years of your lives. You will come to know what dedication and consecration mean. You will develop powers of persuasion which will bless your entire life. Your timidity, your fears, your shyness will gradually disappear as you go forth with boldness and conviction. You will learn to work with others, to develop a spirit of teamwork. The cankering evil of selfishness will be supplanted by a sense of service to others. You will draw nearer to the Lord than you likely will in any other set of circumstances. You will come to know that without His help you are indeed weak and simple, but that with His help you can accomplish miracles.

You will establish habits of industry. You will develop a talent for the establishment of goals of effort. You will learn to work with singleness of purpose. What a tremendous foundation all of this will become for you in your later educational efforts and your life's work. Two years will not be time lost. It will be skills gained.

You will bless the lives of those you teach, and their posterity after them. You will bless your own life. You will bless the lives of your family, who will sustain you and pray for you.

And above and beyond all of this will come that sweet peace in your heart that you have served your Lord faithfully and well. Your service will become an expression of gratitude to your Heavenly Father.

You will come to know your Redeemer as your greatest friend in time or eternity. You will realize that through His atoning sacrifice He has opened the way for eternal life and an exaltation above and beyond your greatest dreams.

If you serve a mission faithfully and well, you will be a better husband, you will be a better father, you will be a better student, a better worker in your chosen vocation. Love is of the essence of this missionary work. Selflessness is of its very nature. Self-discipline is its requirement. Prayer opens its reservoir of power.

And so, my dear young brethren, resolve within your hearts today to include in the program of your lives service in the harvest field of the Lord as a missionary of The Church of Jesus Christ of Latter-day Saints.

And now, brethren, I pass to another subject. Missionary work is concerned with providing saving ordinances to our Father's living children throughout the world. Temple work is primarily concerned with service in behalf of the sons and daughters of God who have passed beyond the veil of death. God is no respecter of persons. If the living in all nations are deserving of the saving ordinances of the gospel, then those of all past generations must likewise be deserving.

Our people cannot partake of all of the blessings of the gospel unless they can receive their own temple ordinances and then make these ordinances available to those of their kindred dead and others. If this is to happen, temples must be available to them. I feel very strongly about this.

Back in 1954, before I was a General Authority, President McKay called me into his office and told me of the planned construction of the Swiss Temple. He gave me an assignment to find a way by which the temple ordinances could be administered to those of various languages without multiplying the number of temple workers. Since that time I have had much to do with these sacred buildings and the ordinances administered therein.

We now have forty-seven working temples. Eight of these are in Utah, sixteen in other areas of the United States, two in Canada, and twenty-one outside of North America. Twenty-eight of the forty-seven have been dedicated since I came into the First Presidency in 1981. In addition, four have been rededicated after very

Case 2:21-cv-02504-SVW-SK   Document 32-5   Filed 08/09/21   Page 23 of 38   Page ID #:838

extensive remodeling. We now have under construction six more, located in American Fork and Vernal, Utah; St. Louis, Missouri; Hong Kong; Preston, England; and Bogotá, Colombia.

We have announced seven additional temples for Santo Domingo in the Dominican Republic; Madrid, Spain; Guayaquil, Ecuador; Recife, Brazil; Cochabamba, Bolivia; Nashville, Tennessee; and Hartford, Connecticut. And we are working on the possibility of another in Venezuela.

After working for years to acquire a suitable site in the Hartford area, during which time the Church has grown appreciably in areas to the north and south, we have determined that we will not at this time build a temple in the immediate area of Hartford, but rather we will build one in the area of Boston, Massachusetts, and another in White Plains, New York. In other words, there will be two to serve the needs of the people where originally it was planned one would do. We have beautiful sites in both of these new locations.

We apologize to our faithful Saints in the Hartford area. We know you will be disappointed in this announcement. You know that we and your local officers have spent countless hours searching for a suitable location that would handle the needs of the Saints of New York and New England. While we deeply regret disappointing the people in the Hartford area, we are satisfied that we have been led to the present decision and that temples will be located in such areas that those of you who reside in the Hartford area will not have too far to drive.

Additionally, we are working on six other sites. It is a tremendously ambitious program.

I have a burning desire that a temple be located within reasonable access to Latter-day Saints throughout the world. We can proceed only so fast. We try to see that each temple will be in an excellent location, where there will be good neighbors over a long period of time. Real estate prices in such areas are usually high. A temple is a much more complex structure to build than an ordinary meetinghouse or stake center. It is built to a higher standard of architecture. It takes longer and costs more. The work is moving about as fast as we can go. It is my constant prayer that somehow it might be speeded up so that more of our people might have easier access to a sacred house of the Lord.

Brigham Young once said that if young people really understood the blessings of temple marriage, they would walk all the way to England if that were necessary (see *Journal of Discourses,* 11:118). We hope they will not have to go anywhere near that far.

These unique and wonderful buildings, and the ordinances administered therein, represent the ultimate in our worship. These ordinances become the most profound expressions of our theology. I urge our people everywhere, with all of the persuasiveness of which I am capable, to live worthy to hold a temple recommend, to secure one and regard it as a precious asset, and to make a greater effort to go to

Case 2:21-cv-02504-SVW-SK   Document 32-5   Filed 08/09/21   Page 24 of 38   Page ID #:839

the house of the Lord and partake of the spirit and the blessings to be had therein. I am satisfied that every man or woman who goes to the temple in a spirit of sincerity and faith leaves the house of the Lord a better man or woman. There is need for constant improvement in all of our lives. There is need occasionally to leave the noise and the tumult of the world and step within the walls of a sacred house of God, there to feel His spirit in an environment of holiness and peace.

If every man in this church who has been ordained to the Melchizedek Priesthood were to qualify himself to hold a temple recommend, and then were to go to the house of the Lord and renew his covenants in solemnity before God and witnesses, we would be a better people. There would be little or no infidelity among us. Divorce would almost entirely disappear. So much of heartache and heartbreak would be avoided. There would be a greater measure of peace and love and happiness in our homes. There would be fewer weeping wives and weeping children. There would be a greater measure of appreciation and of mutual respect among us. And I am confident the Lord would smile with greater favor upon us.

Now, brethren, I have one more matter before I conclude, and if I run overtime a little, I hope you will excuse me.

I desire to present to the priesthood of the Church my appraisal of the present condition of this great organization of which each of us is a part and in which each of us has an interest. I think you are entitled to occasionally hear such a report.

I am grateful to be able to say that the Church is in good condition. It is healthy. It is growing in numbers. As of the end of 1994 our membership stood at 9,025,000, a gain of 300,730 over the previous year. This means that we are adding a million new members each three and a-half years, and I am confident that momentum will increase. It is expanding geographically over the world. I believe that it is well managed. But we are not without problems. Too many of our people drift into inactivity. Too many fail to live the principles of the gospel. But with all of this, we have cause to rejoice as to what is occurring.

The Church has no debt. I qualify that to the extent that we have some contracts for the purchase of properties where the sellers insist on payments over a period of time. There are resources to ensure that these contracts will be covered in a timely way.

In our few business enterprises, some debt is used as a tool of management. But the ratio of debt to assets would be envied by the executives of any large organization.

The Church has been living within its means, and it will continue to do so. I am profoundly grateful for the law of tithing. To me it is a constantly recurring miracle. It is made possible by the faith of the people. It is the Lord's plan for financing the work of His kingdom.

It is so simple and straightforward. It consists of thirty-five words set forth in section 119 of the Doctrine and CovenantsD&C 119:4. What a contrast with the

Case 2:21-cv-02504-SVW-SK   Document 32-5   Filed 08/09/21   Page 25 of 38   Page ID #:840

cumbersome, complex, and difficult tax codes with which we live as citizens.

There is no compulsion to pay tithing, other than the commandment of the Lord, and that, of course, becomes the best of all reasons. This is the only large society of which I am aware that does not drop from its rolls those who fail to pay what might be considered their dues.

The payment of tithing carries with it the conviction of the truth of the principle.

Now, we know that these funds are sacred. We have a compelling trust to use them carefully and wisely. I have said before that I keep on the credenza in my office this genuine widow's mite (too small for you to see, but it's there nevertheless), given me long ago by Brother David B. Galbraith, who at the time was the president of the Jerusalem Branch of the Church. I keep it as a reminder of the sacrifice it represents, that we are dealing with the consecration of the widow as well as the offering of the wealthy. I thank all who live honestly with the Lord in the payment of their tithes and offerings. But I know that you do not need to be thanked. Your testimony of the divinity of this law, and of the blessings that flow from its observance, is as strong as is my testimony.

Not only are we determined to live within the means of the Church, but each year we put into the reserves of the Church a portion of our annual budget. We are only doing what we have suggested every family do. Should there come a time of economic distress, we would hope to have the means to weather the storm.

We recognize the importance of consecrated voluntary service in carrying forward the programs of the Church. We have a veritable army of dedicated people who give freely of their time to assist in the work. Our Human Resources people indicate that there are 96,484 of these volunteers now serving. They represent the equivalent of 10,000 full-time employees, and their service has an annual value of $360 million. They labor in a missionary or volunteer capacity in our Church Educational System, in our family history organization, in the temples, and in various other departments and offices of the Church. We are deeply grateful and heavily indebted to them for their magnificent contribution. I am confident that the Lord is pleased with their dedicated service.

Our program of weekday religious education moves forward. Wherever the Church is organized, the seminary program is put in place. Likewise, our institutes are providing a wonderful service for those of college and university age. During this 1995–1996 academic year, there are more than 583,000 students enrolled in seminaries and institutes. Many of you young men who are here this evening—I venture that almost every one of you—is a beneficiary of this wonderful Church program. I'd like all of you to stand, just for a moment, who are seminary or institute enrollees. Look at that! That says it! Thank you very much.

We hope that all for whom these programs are available will take advantage of them. Knowledge of the gospel will be increased, faith will be strengthened, and you will enjoy wonderful associations and friendships with those of your own kind.

I think of the Prophet Joseph's struggle in getting out the first edition of the Book of Mormon. There were 5,000 copies in that first edition, and its printing was made possible only through the generosity of Martin Harris. You may be interested to know that last year 3,742,629 copies of the Book of Mormon were distributed. All or substantial parts of the book are printed in eighty-five languages. We may not be flooding the earth with the Book of Mormon, as President Benson had urged us to do, but let me say that it is no small thing to distribute three and three-quarter million copies in a single year.

It was my privilege to preside over the 150th stake of the Church, which was created in 1945, 115 years after the Church was organized. Now, an even fifty years later, there are 2,101 stakes of Zion. Seven hundred and seventy-two new wards and branches were organized during 1994, bringing the total at the close of the year to 21,774 wards and branches. It should be apparent to all why we must construct so many new buildings in which to house our people for worship and instruction. We have 375 new buildings in the course of construction at the present time. They are becoming increasingly costly to build. We hope that you will take good care of them. To you young men I make a special plea that you do all possible in this regard. We want these facilities *used* for the purposes for which they are constructed, but we do not want them *abused*. Utility costs are high. Turn off the lights when the buildings are not in use. Leave no litter about them. Keep the grounds clean and attractive. Wherever one of our buildings is found, it ought to say to those who pass, "The people who worship here are people who believe in cleanliness, order, beauty, and respectability."

I have already spoken to you about the increase in the number of temples. It is so with every aspect of the program. I see a bright future ahead. I do not discount the fact that we will be faced with problems. This work has always been faced with problems. The work of the adversary continues against it. But we will move forward as those who have gone before us have moved forward. Every man and boy within the sound of my voice tonight has the responsibility to assist in this great work of reaching out and growing stronger.

Brethren, thank you for your faith. Thank you for your devotion. We are aware of the great trust which you place in us. We are aware of the sacred trust placed in us by the Lord. And He has likewise placed a sacred trust in each of you who holds His divine priesthood. As I have said before, we are all in this together. Each of us has his part in the building of this kingdom. How wonderful, how very satisfying it is to know that each of us can do something to strengthen this, the work of the Almighty.

It is true. It is our Father's work. It is the church of our Redeemer. The priesthood which we hold is a very real and a very precious thing. I leave you my testimony, my love and my blessing, and my gratitude, in the name of Jesus Christ, amen.

**EXHIBIT 3**
**[CONDITIONALLY FILED UNDER SEAL]**

**EXHIBIT 4**

# The Condition of the Church

**Gordon B. Hinckley**
*President of the Church*

The gospel of Jesus Christ is the way of peace. To the extent we follow it and incorporate it in our lives ... will we be blessed and prospered.

My beloved brethren and sisters, what a miracle it is that we are able to address you out across the world. We speak here in the Conference Center in Salt Lake City. We speak in our native tongue. But many thousands of you are assembled in Church facilities in many lands, and you hear us in 56 languages.

We are met again in a great world conference of the Church according to the will and instruction of the Lord.

As we do so, the world is in turmoil. There is war and contention. There is much of unrest. Members of the Church family are citizens of many nations. We find ourselves on both sides of a great debate. I intend to speak about this tomorrow morning.

But with all the troubles with which we are confronted, I am pleased to report that the work of the Church moves forward. We continue to grow across the world. Our missionary work goes on without serious impediment. Converts continue to come into the Church, and our numbers are constantly being increased. Paralleling this activity is the need to solidly integrate all of those who are baptized as converts. We call upon every member of the Church to reach out to new converts, to put your arms around them and make them feel at home. Bless them with your friendship. Encourage them with your faith. See that there are no losses among them. Every man, woman, or child worthy of baptism is worthy of a secure and friendly situation in which to grow in the Church and its many activities.

Our sacrament meeting attendance gradually edges up. There is room for improvement, and I urge you to work at it constantly. Even so, I do not know of another church with as high a percentage of consistent attendance at its meetings.

I am so grateful for the strength of the youth of the Church. Sadly enough, some fall between the cracks. But it is a miracle to witness the strength of our young people in the midst of all of the sordid temptation that is constantly around them. The sleaze and the filth of pornography, the temptation to partake of drugs, the titillating invitation to drop all bars on sexual behavior, these are among some of the enticing attractions they constantly face. Notwithstanding the allurement of the

world in which they live, they remain true to the faith of their fathers and the gospel they love. I cannot say enough of good concerning our wonderful young people.

Faith in the payment of tithes and offerings increases despite the straitened economic circumstances in which we find ourselves. We are able to go forward with the building of meetinghouses and temples, with our vast education program, with the very many activities which are conditioned upon the tithing income of the Church. I promise you that we will not put the Church in debt. We will strictly tailor the program to the tithing income and use these sacred funds for the purposes designated by the Lord.

I call attention to that which has received much notice in the local press. This is our decision to purchase the shopping mall property immediately to the south of Temple Square.

We feel we have a compelling responsibility to protect the environment of the Salt Lake Temple. The Church owns most of the ground on which this mall stands. The owners of the buildings have expressed a desire to sell. The property needs very extensive and expensive renovation. We have felt it imperative to do something to revitalize this area. But I wish to give the entire Church the assurance that tithing funds have not and will not be used to acquire this property. Nor will they be used in developing it for commercial purposes.

Funds for this have come and will come from those commercial entities owned by the Church. These resources, together with the earnings of invested reserve funds, will accommodate this program.

I am pleased to report that we are able to go forward with the building of chapels. We are constructing about 400 new chapels a year to accommodate the growth in the membership of the Church. This is a significant and wonderful thing for which we are deeply grateful. We are also continuing to build temples across the earth and are pleased to report an increase in temple activity. This very important work, in behalf of the living and the dead, is a fundamental part of the gospel of Jesus Christ.

We are pleased to note an increase in family preparedness among our people. This program, which has been advocated for more than 60 years, adds immeasurably to the security and well-being of the Latter-day Saints. Every family has a responsibility to the extent possible to provide for its own needs. We again urge our people to avoid unnecessary debt, to be modest in the financial obligations which they undertake, to set aside some cash against an emergency. We warn our people against "get rich" schemes and other entanglements which are nearly always designed to trap the gullible.

I am constantly amazed at the vast amount of volunteer service which our people give. I am convinced that volunteer service is the Lord's way of accomplishing His work. The operation of wards and stakes and quorums, and the functions of the

auxiliary organizations, all move forward under the direction of volunteers. The vast missionary program is dependent on volunteer service.

Additionally, we have a large number of older members who serve in a Church-service missionary capacity. More than 18,000 give all or a large part of their time to this work. We thank them for their dedicated service.

This conference marks the second anniversary of the establishment of the Perpetual Education Fund. I am pleased to report that this program is now going forward on a solid basis. Some 8,000 young men and women are now in training to improve their skills and their employment opportunities. On average, with the two years of education they are now receiving, they are increasing their income some four and a half times. It is a miracle!

And so I might go on. Suffice it to say, the Church is in good condition. I believe its affairs are prudently handled. Our people are growing in faith, in love for the Lord, and in adherence to His teachings.

These are difficult times. The economy is struggling. There is conflict in the world. But the Almighty is keeping His promise that He will bless those who walk in faith and righteousness before Him.

The gospel of Jesus Christ is the way of peace. To the extent we follow it and incorporate it in our lives, to this extent will we be blessed and prospered. What a wonderful thing it is to be involved in this glorious work. Let us rejoice in our great opportunity. Let us serve with gladness.

May heaven's richest blessings rest upon you, my beloved associates. May faith grow in your hearts. May there be love and peace in your homes. May there be food upon your tables and clothing on your backs. May the smiles of heaven warm your hearts and bring comfort in times of trial. This is my prayer this morning as we open this great conference, in the sacred name of Jesus Christ, amen.

**EXHIBIT 5**
**[CONDITIONALLY FILED UNDER SEAL]**

# EXHIBIT 6
# [CONDITIONALLY FILED UNDER SEAL]

# EXHIBIT 7
# [CONDITIONALLY FILED UNDER SEAL]

# EXHIBIT 8
# [CONDITIONALLY FILED UNDER SEAL]

**EXHIBIT 9**
**[CONDITIONALLY FILED UNDER SEAL]**

# EXHIBIT 10
# [CONDITIONALLY FILED UNDER SEAL]

**EXHIBIT 10**
**[CONDITIONALLY FILED UNDER SEAL]**