FILED
CLERK, U.S. DISTRICT COURT

August 13, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JAMES HUNTSMAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS; and Does 1-10,<br><br>    Defendants. | Case No. 2:21-cv-02504 SVW (SK)<br><br>*Assigned to the Hon. Stephen V. Wilson, Ctrm. 10A*<br><br>**ORDER GRANTING DEFENDANT'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>[*Filed concurrently with Application for Leave to File Under Seal; Declaration of Paul Rytting in Support of Application for Leave to File Under Seal; Declaration of Rick Richmond in Support of Application for Leave to File Under Seal*]<br><br>Date:       August 30, 2021<br>Time:       1:30 p.m.<br>Ctrm.:       10A<br><br>Trial Date:       None Set |

LARSON LLP
LOS ANGELES

(PROPOSED) ORDER GRANTING DEFENDANT'S APPLICATION FOR LEAVE TO FILE UNDER SEAL

# [PROPOSED] ORDER

Upon consideration of Defendant The Church of Jesus Christ of Latter-day Saints' (the "Church") Application for Leave to File Under Seal, the Court **GRANTS** the Church's Application and **ORDERS** that the following documents shall be sealed, as indicated below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Church's Motions for Summary Judgment | Highlighted redactions |
| Church's Statement of Undisputed Facts and Conclusions of Law in Support of Motion for Summary Judgment | Highlighted redactions |
| Highlighted portions of the Declaration of Paul Rytting in Support of Motion for Summary Judgment | Highlighted redactions |
| Exhibit 3 to the Rytting Decl. in Support of Motion for Summary Judgment | Exhibit 3 redacted in full |
| Exhibit 5 to the Rytting Decl. in Support of Motion for Summary Judgment | Exhibit 5 redacted in full |
| Exhibit 6 to the Rytting Decl. in Support of Motion for Summary Judgment | Exhibit 6 redacted in full |
| Exhibit 7 to the Rytting Decl. in Support of Motion for Summary Judgment | Exhibit 7 redacted in full |
| Exhibit 8 to the Rytting Decl. in Support of Motion for Summary Judgment | Exhibit 8 redacted in full |

| | |
|---|---|
| Exhibit 9 to the Rytting Decl. in Support of Motion for Summary Judgment | Exhibit 9 redacted in full |
| Exhibit 10 to the Rytting Decl. in Support of Motion for Summary Judgment | Exhibit 10 redacted in full |

In addition, the Court orders Plaintiff James Huntsman to file under seal any quotes from or references to the sealed portions of any of the above-listed documents.

**IT IS SO ORDERED.**

Dated: August 13, 2021

_____
The Honorable Stephen V. Wilson
United States District Judge