Rick Richmond (SBN 194962)
rrichmond@larsonllp.com
Matthew S. Manacek (SBN 312834)
mmanacek@larsonllp.com
Nate Wright (SBN 325061)
nwright@larsonllp.com
Troy S. Tessem (SBN 329967)
ttessem@larsonllp.com
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Telephone: (213) 436-4888
Facsimile: (213) 623-2000

Attorneys for Defendant
THE CHURCH OF JESUS CHRIST OF
LATTER-DAY SAINTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JAMES HUNTSMAN,<br><br>              Plaintiff,<br><br>     vs.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS; and Does 1-10,<br><br>              Defendants. | Case No. 2:21-cv-02504 SVW (SK)<br><br>*Assigned to the Hon. Stephen V. Wilson, Ctrm. 10A*<br><br>**PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL**<br><br>Trial Date:       None Set |

# PROOF OF SERVICE

**Huntsman v. The Church of Jesus Christ of Latter-Day Saints**
**Case No. 2:21-cv-02504 SVW (SK)**

**STATE OF , COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of . My business address is 555 South Flower Street, Suite 4400, Los Angeles, CA 90071.

On August 23, 2021, I served true copies of the following document(s) described as:

- Defendant The Church of Jesus Christ Of Latter-day Saints' Reply in Support of Motion for Summary Judgment

- Defendant's Reply to Plaintiff's Statement of Undisputed Facts in Support of Motion for Summary Judgment

- Defendant's Response to Evidentiary Objections to Evidence Submitted In Support of Defendant's Motion for Summary Judgment

- Defendant's Objections to David A Nielsen Declaration and James Huntsman Declaration Submitted in Opposition to Defendant's Motion for Summary Judgment

- Declaration of Roger Clarke in Support of Defendant's Reply to Motion for Summary Judgment

on the interested parties in this action as follows:

| | |
|---|---|
| David Binder Jonelis, Esq.<br>Jake Anthony Camara, Esq.<br>Lavely and Singer PC<br>2049 Century Park East Suite 2400<br>Los Angeles, CA 90067-2906 | Attorneys for Plaintiff<br>James Huntsman<br>Tel.:   310-556-3501<br>Fax:   310-556-3615<br>Email:   djonelis@lavelysinger.com<br>            icamara@lavelysinger.com |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address mmason@larsonllp.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a

reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    Executed on August 24, 2021, at Los Angeles, California.

                                    /s/ Michele E. Mason
                                    Michele E. Mason