1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JAMES HUNTSMAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS; and Does 1-10,<br><br>    Defendants. | Case No. 2:21-cv-02504 SVW (SK)<br><br>*Assigned to the Hon. Stephen V. Wilson, Ctrm. 10A*<br><br>**ORDER GRANTING DEFENDANT'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>*[Filed concurrently with Application for Leave to File Under Seal; Declaration of Paul Rytting in Support of Application for Leave to File Under Seal; Declaration of Rick Richmond in Support of Application for Leave to File Under Seal]*<br><br>Date:         August 30, 2021<br>Time:         1:30 p.m.<br>Ctrm.:        10A<br><br>Trial Date:   None Set |

**LARSON** LLP
LOS ANGELES

(PROPOSED) ORDER GRANTING DEFENDANT'S APPLICATION FOR LEAVE TO FILE UNDER SEAL

## ORDER

Upon consideration of Defendant The Church of Jesus Christ of Latter-day Saints' (the "Church") Application for Leave to File Under Seal, the Court **GRANTS** the Church's Application and **ORDERS** that the following documents shall be sealed, as indicated below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Defendant The Church of Jesus Christ Of Latter-day Saints' Reply in Support of Motion for Summary Judgment | Highlighted redactions |
| Defendant's Reply to Plaintiff's Statement of Undisputed Facts in Support of Motion for Summary Judgment | Highlighted redactions |
| Defendant's Response to Evidentiary Objections to Evidence Submitted In Support of Defendant's Motion for Summary Judgment | Highlighted redactions |
| Defendant's Objections to David A Nielsen Declaration and James Huntsman Declaration Submitted in Opposition to Defendant's Motion for Summary Judgment | Highlighted redactions |
| Declaration of Roger Clarke in Support of Defendant's Reply to Motion for Summary Judgment | Highlighted redactions |

**IT IS SO ORDERED.**

Dated: August 24, 2021

_____
The Honorable Stephen V. Wilson
United States District Judge