UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court

| | |
|---|---|
| Name of U.S. District Court: | Central District of California |
| U.S. District Court case number: | 2:21-cv-02504-SVW (SKx) |
| Date case was first filed in U.S. District Court: | 03/22/2021 |
| Date of judgment or order you are appealing: | 09/10/2021 - Dkt. Nos. 55 and 56 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

James Huntsman

Is this a cross-appeal?  ○ Yes   ⦿ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ⦿ No

If Yes, what is the prior appeal case number?

Your mailing address:

Lavely and Singer PC

2049 Century Park East Suite 2400

City: Los Angeles    State: CA    Zip Code: 90067

Prisoner Inmate or A Number (if applicable):

**Signature**  s/ David B. Jonelis    **Date** 9/24/21

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                                                                                  *Rev. 12/01/2018*

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 6. Representation Statement**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| James Huntsman |

Name(s) of counsel (if any):

| David Binder Jonelis |

Address: 2049 Century Park East Suite 2400 Los Angeles, CA 90067
Telephone number(s): 310-556-3501
Email(s): djonelis@lavelysinger.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ☒ Yes   ☐ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| Corporation of the President of the Church of Jesus Christ of Latter-Day Saints |

Name(s) of counsel (if any):

| Rick Lloyd Richmond |

Address: 555 South Flower Street Suite 4400 Los Angeles, CA 90071
Telephone number(s): 213-436-4888
Email(s): rrichmond@larsonllp.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                              1                              New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

James Huntsman

Name(s) of counsel (if any):

Jake Anthony Camara

Address: 2049 Century Park East Suite 2400 Los Angeles, CA 90067

Telephone number(s): 310-556-3501

Email(s): jcamara@lavelysinger.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Corporation of the President of the Church of Jesus Christ of Latter-Day Saints

Name(s) of counsel (if any):

Timothy Clark Tanner

Address: 555 South Flower Street Suite 4400 Los Angeles, CA 90071

Telephone number(s): 213-436-4888

Email(s): ttanner@coxcastle.com

Name(s) of party/parties:

Corporation of the President of the Church of Jesus Christ of Latter-Day Saints

Name(s) of counsel (if any):

Troy Stefan Tessem

Address: 555 South Flower Street Suite 4400 Los Angeles, CA 90071

Telephone number(s): 213-436-4888

Email(s): ttessem@larsonllp.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                   2                          New 12/01/2018