# UNITED STATES DISTRICT COURT
## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

JAMES HUNTSMAN,

V.

CORPORATION OF THE PRESIDENT OF THE
CHURCH OF JESUS CHRIST OF LATTER-DAY
SAINTS, ET AL.

Case Number: 21-CV-02504-SVW

Judgment was entered in this action on 9/14/21 / 55

Date        Docket No.

James Huntsman, Plaintiff                              .

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| | |
|---|---|
| Clerk's Fees (L.R. 54-3.1): | 0.00 |
| Fees for Service of Process (L.R. 54-3.2): | 0.00 |
| United States Marshal's Fees (L.R. 54-3.3): | 0.00 |
| Transcripts of Court Proceedings (L.R. 54-3.4): | 0.00 |
| Depositions (L.R. 54-3.5): | 2,022.00 |
| Witness Fees - itemize on page 2 (L.R. 54-3.6): | 0.00 |
| Interpreter's Fees (L.R. 54-3.7): | 0.00 |
| Docket Fees (L.R. 54-3.8): | 0.00 |
| Court-Appointed Experts, Masters, Commissioners, and Receivers (L.R. 54-3.9): | 0.00 |
| Certification, Exemplification and Reproduction of Documents (L.R. 54-3.10): | 0.00 |
| Premiums on Undertakings and Bonds (L.R. 54-3.11): | 0.00 |
| Other Costs - attach court order (L.R. 54-3.12): | 0.00 |
| State Court Costs (L.R. 54-3.13): | 0.00 |
| Costs on Appeal (L.R. 54-4): | 0.00 |
| Costs on a Bankruptcy Appeal to the District Court (L.R. 54-5): | 0.00 |
| **TOTAL** | 2,022.00 |

**NOTE:** **You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.**

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this application has been served on all parties by:

☒ The Court's CM/ECF System

☐ Conventional service by first class mail

☐ Other _____

Signature

Rick Richmond

Print Name

Attorney for: The Church of Jesus Christ of Latter-day Saints

Costs are taxed in the amount of _____

By: _____

Clerk of Court                    Deputy Clerk                         Date

American LegalNet, Inc.
www.FormsWorkFlow.com

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL | | |

**WITNESS FEES (computation, *see* 28 U.S.C. § 1821 for statutory fees)**

American LegalNet, Inc.
www.FormsWorkFlow.com

**INVOICES FOR DEPOSITION FEES**

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Rick Richmond
Jenner & Block LLP
633 W 5th St
Suite 3600
Los Angeles, CA, 90071-2005

| | |
|---|---|
| Invoice #: | **5229826** |
| Invoice Date: | **8/27/2021** |
| Balance Due: | **$2,022.00** |

| | |
|---|---|
| **Case: Huntsman, James v. Corporation Of The President Of The Church Of Jesus Christ (2:21cv02504SVW(SKx))** | **Proceeding Type: Depositions** |

Job #: 4700665   |   Job Date: 7/16/2021   |   Delivery: Normal

| | |
|---|---|
| | Client Billing/Matter #: 71072-10008 |
| Location: | Los Angeles, CA |
| Billing Atty: | Rick Richmond |
| Scheduling Atty: | Rick Richmond | Jenner & Block LLP |

| Witness: James H. Huntsman , Vol. I | Amount |
|---|---|
| Video Services | $1,972.00 |
| Delivery and Handling | $50.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$2,022.00** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$2,022.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| Invoice #: | **5229826** |
| Invoice Date: | **8/27/2021** |
| Balance Due: | **$2,022.00** |

26806