# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HUNTSMAN<br><br>Plaintiff(s),<br><br>v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:21-cv-02504-SVW-SK<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __9/24/2021__

Document Number(s):   __58__

Title of Document(s):   __Miscellaneous Document__

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Motions and Related Filings > Applications/Ex Parte Applications/Motions/Petitions/Requests > Clerk of Tax Costs (CV-59)

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: September 27, 2021          By:  /s/ *Margo Mead  margo_mead@cacd.uscourts.gov*
                                                                Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.