# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Michele Mason |
| 2a. Contact Phone Number | (818) 568-5178 |
| 3a. Contact E-mail Address | icompton@larsonllp.com |
| 1b. Attorney Name (if different) | Troy Tessem |
| 2b. Attorney Phone Number | (213) 205-2468 |
| 3b. Attorney E-mail Address | ttessem@larsonllp.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Troy Tessem, Esq.
Larson LLP
555 S. Flower Street, Suite 4400
Los Angeles, CA 90071

| Field | Value |
|---|---|
| 5. Name & Role of Party Represented | The Church of Jesus Christ of Latter-Day Saints |
| 6. Case Name | James Huntsman v. The Church of Jesus Christ of Latter-Day Saints |
| 7a. District Court Case Number | 2:21-cv-02504-SVW-SK |
| 7b. Appeals Court Case Number | 21-56056 |

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
☐ DIGITALLY RECORDED    ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Katie Thibodeaux

**9. THIS TRANSCRIPT ORDER IS FOR:**  ☒ Appeal  ☐ Non-Appeal   ☐ Criminal ☒ Civil   ☐ CJA  ☐ USA  ☐ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/28/2021 | 18 | Steve Wilson | Minutes of Case Management Conference | ● | ○ | ○ | ○ | ○ | ○ | ● | DAILY (Next day) |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 10/28/2021    Signature: /s/ Troy Tessem

G-120 (06/18)