UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

APR 4 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES HUNTSMAN,<br><br>             Plaintiff-Appellant,<br><br>  v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,<br><br>             Defendant-Appellee,<br><br>  and<br><br>DOES, 1-10,<br><br>             Defendant. | No.    21-56056<br><br>D.C. No. 2:21-cv-02504-SVW-SK<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellant filed a notice of intent to file publicly Volumes 3 and 4 of the excerpts of record (Docket Entry No. 10). *See* 9th Cir. R. 27-13(f).

Appellee moves to maintain under seal portions of Volumes 3 and 4 of the excerpts of record on the grounds that they contain sensitive business and financial information regarding operations and governance that is protected by the First Amendment and could be used for improper purposes if publicly filed.

Appellant opposes on the grounds that the information is not protected by the First Amendment and the public has an interest in information concerning a

MKS/MOATT

tax-exempt organization's use of tax-exempt funds, in addition to the strong presumption in favor of public access to documents.

Appellee's opposed motion (Docket Entry No. 13) to file under seal portions of Volumes 3 and 4 of the excerpts of record is granted, subject to reconsideration by the merits panel. The Clerk will unseal the notice (Docket Entry No. 10-1) and file publicly the motion to seal (Docket Entry No. 13-1) and the Richmond declaration (Docket Entry No. 13-3). The Clerk will also file publicly the opening brief (Docket Entry No. 8) and Volumes 1 through 2 of the excerpts of record (Docket Entry No. 9).

The Clerk will maintain under seal the Rytting Declaration in support of the motion to seal (Docket Entry No. 13-2) and the unredacted Volumes 3 and 4 of the excerpts of record (Docket Entry Nos. 10-2, 10-3).

Appellee's unopposed motion (Docket Entry No. 16) to strike the supplemental excerpts of record is granted. The Clerk will strike Volumes 1 and 2 of the supplemental excerpts of record (Docket Entry Nos. 14, 15). The request to strike references to Volumes 1 or 2 of the supplemental excerpts of record in the motion to seal filed at Docket Entry No. 13 is denied as unnecessary.

The existing briefing schedule remains in effect.