

**FILED**

MAY 18 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMES HUNTSMAN, | No. 21-56056 |
| Plaintiff-Appellant, | D.C. No. 2:21-cv-02504-SVW-SK<br>Central District of California, |
| v. | Los Angeles |
| CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, | ORDER |
| Defendant-Appellee, | |
| and | |
| DOES, 1-10, | |
| Defendant. | |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellee's opposed motion (Docket Entry No. 24) to file under seal the unredacted answering brief and portions of Volume 2 of the supplemental excerpts of record is granted, subject to reconsideration by the panel assigned to decide the merits of this appeal. The Clerk will file under seal the unredacted answering brief (Docket Entry No. 24-4) and Volume 2 of the supplemental excerpts of record (Docket Entry No. 24-5). The Clerk will file publicly the motion to seal and supporting declarations (Docket Entry Nos. 24-1, 24-2, 24-3), and Volume 1 of the supplemental excerpts of record (Docket Entry No. 25). The Clerk will also file

MKS/MOATT

publicly the reply brief (Docket Entry No. 35).

Within 21 days of this order, appellee must submit for public filing redacted versions of the answering brief and Volume 2 that track the redactions set forth in the motion to seal. The page numbering and citations in the public brief and volume must remain the same as in the sealed brief and volume.

Appellee's motion (Docket Entry No. 34) to seal the court's disposition is referred to the panel assigned to decide the merits of this appeal.

Briefing is complete.