**FILED**

UNITED STATES COURT OF APPEALS

SEP 22 2023

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES HUNTSMAN, | No. 21-56056 |
| Plaintiff-Appellant, | D.C. No. 2:21-cv-02504-SVW-SK<br>Central District of California,<br>Los Angeles |
| v. | |
| CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, | ORDER |
| Defendant-Appellee, | |
| and | |
| DOES, 1-10, | |
| Defendant. | |

Before: WARDLAW and W. FLETCHER, Circuit Judges, and KORMAN,[*] District Judge.

Appellant is directed to file a response to Appellee's Petition for Rehearing or Rehearing En Banc (Dkt. No. 81), filed with this court on September 20, 2023. The response shall not exceed fifteen (15) pages or 4,200 words and shall be filed within twenty-one (21) days of the date of this order.

---

[*] The Honorable Edward R. Korman, United States District Judge for the Eastern District of New York, sitting by designation.