UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 15 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES HUNTSMAN, | No.   21-56056 |
| Plaintiff-Appellant, | D.C. No. 2:21-cv-02504-SVW-SK |
| v. | Central District of California, Los Angeles |
| CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, | ORDER |
| Defendant-Appellee, | |
| and | |
| DOES, 1-10, | |
| Defendant. | |

**MURGUIA**, Chief Judge:

The Court is in receipt of Defendant-Appellee's unopposed request to reschedule oral argument from the June en banc session to the September en banc session. The request is GRANTED (Doc. 105). Oral argument will be rescheduled between the dates of September 25-27, 2024. The specific date and time will be determined by separate order. For further information or special requests regarding scheduling, please contact Deputy Clerk Paul Keller at paul_keller@ca9.uscourts.gov, or (206) 224-2236.