**NOT FOR PUBLICATION**

**FILED**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

AUG 8 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES HUNTSMAN, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, <br><br> Defendant-Appellee, <br><br> and <br><br> DOES, 1-10, <br><br> Defendant. | No.   21-56056 <br><br> D.C. No. <br> 2:21-cv-02504-SVW-SK <br> Central District of California, <br> Los Angeles <br><br> **ORDER** |

**MURGUIA**, Chief Judge.

Oral argument in this en banc case will be held at 2:30 p.m. on Wednesday,

September 25, 2024, in Courtroom One of the James R. Browning Courthouse,

located at 95 7th Street in San Francisco, California 94119.